IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ACADEMY OF PEDIATRICS,

*Plaintiff*,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Defendants*.

Case No. 1:25-cv-4505

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65, Plaintiff American Academy of Pediatrics (AAP) hereby moves for a temporary restraining order or, in the alternative, preliminary injunction barring Defendants from enforcing or otherwise giving effect to the termination of any award to AAP, including through the enforcement of closeout obligations; barring Defendants from re-obligating funds used to support AAP's awards; and requiring Defendants to take all steps necessary to ensure that the Centers for Disease Control and Prevention and Health Resources and Service Administration disburse funds on AAP's awards in the customary manner and in customary timeframes. As set forth in more detail in the accompanying brief, AAP is likely to succeed on the merits of its claims that Defendants violated the U.S. Constitution and the Administrative Procedure Act. AAP is suffering and will continue to suffer irreparable injury absent the requested relief, and the balance of equities and public interest are in AAP's favor.

Pursuant to Local Civil Rule 65.1(a), at 4:38pm on December 23, 2025, counsel for AAP emailed Alex Haas and Diane Kelleher, Directors of the Federal Programs Branch of the U.S. Department of Justice, to provide actual notice that AAP intended to file a complaint and motion for temporary restraining order or, in the alternative, preliminary injunction the next day. On December 24, 2025, counsel for AAP provided a copy of the complaint after it was filed and also

1

provided the motion and accompanying brief, declarations, and proposed order to Mr. Haas, Ms. Kelleher, and Dimitar P. Georgiev, Assistant United States Attorney in the U.S. Attorney's Office for the District of Columbia.

AAP respectfully requests a decision on the motion by January 9, 2025, in light of the imminent irreparable harm described in AAP's accompanying brief.

December 24, 2025

Respectfully submitted,

/s/ Joshua M. Salzman
Joshua M. Salzman (D.C. Bar No. 982239)
Allyson R. Scher (D.C. Bar No. 1616379)
Michael J. Torcello (D.C. Bar No. 90014480)
Joel McElvain (D.C. Bar. No. 448431)
Robin F. Thurston (D.C. Bar No. 1531399)

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jsalzman@democracyforward.org
ascher@democracyforward.org
mtorcello@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2025, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying memorandum and attachments will be deposited with the U.S. Postal Service for delivery to the below:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Health Resources and Service Administration
5600 Fishers Lane
Rockville, MD 20857

Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329

Robert F. Kennedy, Jr., in his official capacity as Secretary of U.S. Department of Health and Human Services
Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Thomas J. Engels, in his official capacity as Administrator for the Health Resources and Services Administration
5600 Fishers Lane
Rockville, MD 20857

Jim O'Neill, in his official capacity as Director of the Centers for Disease Control and Prevention
200 Independence Avenue, SW
Washington, DC 20201

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

Pam Bondi, in her official capacity as U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

<u>/s/ Joshua M. Salzman</u>
Joshua M. Salzman
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jsalzman@democracyforward.org
