# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN ACADEMY OF PEDIATRICS,

       *Plaintiff*,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

       *Defendants.*

Case No. 1:25-cv-4505

## DECLARATION OF DEBRA B. WALDRON

I, Debra B. Waldron, declare as follows:

1.      I am Senior Vice President – Healthy and Resilient Children Youth and Families for the American Academy of Pediatrics (AAP).  I have held that position since 2017.  In that role, I am responsible for administrative, financial, and operational oversight of multiple federal awards related to child and family health.  I also provide senior leadership to fifty AAP committees, sections, and councils in various areas of child health, including community pediatrics, early childhood, adolescent health, and school health.

2.      From 2015 to 2017, I served as Director – Division of Services for Children with Special Needs in the Maternal Child Health Bureau of the Health Resources and Services Administration (HRSA).  In that capacity, I directed the national program for children with special health needs and provided technical assistance on federal and state policies concerning children's health.  Before that, I was a clinical professor at the University of Iowa Carver College of Medicine, where I also served as Vice Chair – Child Health Policy, Department of Pediatrics and Director and Chief Medical Officer – Division of Child and Community Health and Center for Child Health Improvement and Innovation.  I hold an M.D. from New York Medical College and an M.P.H. from the University of Minnesota.  I am a board-certified pediatrician.

3.      I am over eighteen years old and have personal knowledge of the facts and information in this declaration.  I respectfully provide this declaration to detail the ways in which AAP's mission and programs have been immediately and irreparably harmed by the abrupt termination of AAP awards administered by the Centers for Disease Control and Prevention (CDC) and HRSA.  These terminations immediately and severely threaten AAP's ability to continue our longstanding programs, including critical public health programs related to reducing sudden infant death, supporting children with birth defects, and improving access to rural health care, as well as our ability to maintain relationships with important partners, many of whom rely on pass-through

1

funding for the terminated awards.

**AAP's Mission and Operations**

4.      Founded in 1930, AAP is the nation's premier professional organization for pediatric medicine and serves as an independent forum for addressing children's health.  AAP's membership includes approximately 67,000 pediatricians, with members in every state in the country who provide direct care to infants, children, adolescents, and young adults in both hospital and outpatient settings.

5.      AAP's mission is to attain optimal physical, mental, and social health and well-being for all infants, children, adolescents, and young adults.  AAP is committed to advancing child health and well-being and the profession of pediatrics.

6.      AAP works to achieve this mission by providing training, technical assistance, education, quality improvement initiatives, and other support to pediatricians on critical public health topics.  To list just a few examples, those topics include safe infant sleep, immunizations, youth and adolescent mental health, and birth defects and infant disorders.  AAP is widely recognized as a leader in these areas and is the best resource for information for pediatricians.  The public information AAP provides is grounded in science and is subject to extensive vetting by subject matter experts, project advisory boards, federal project officers, and AAP staff, depending on the topic.  This information is often rooted in AAP policy, which has been developed by national subject matter experts and reviewed by numerous peers and external organizations, including federal agencies, such as CDC and HRSA, and other professional societies.

7.      Part of AAP's mission is educating the public on issues of public health and advocating for the evidence-informed practices and expert consensus among its members on important public health matters.  This mission requires AAP to speak out publicly about the importance of immunizations, both for individuals and for immunity levels among the population

2

generally, and to respond publicly to efforts by the administration to dismantle existing

infrastructure and create confusion about vaccines that have been proven to be safe and effective.

       8.      In furtherance of that mission, AAP has, for decades, successfully competed for

grants from various subagencies within HHS that support various AAP public health programs.

That includes several awards administered by CDC and HRSA.

**CDC and HRSA Awards**

      9.      CDC and HRSA are separate operating divisions within HHS and, in my experience,

their grantmaking functions generally operate independently from one another. Nonetheless, they

use generally similar procedures for grantmaking. Funding is provided through a highly competitive

application process. Initially, the agency will issue a notice of funding opportunity (NOFO) that lays

out the requirements for applicants to meet the agency's goals and objectives for the award and

specific criteria for scoring applications. The NOFO goes through several layers of review on the

agency side before it is published.

      10.     AAP then takes weeks—or even months—to craft an application package that is

responsive to the NOFO published by the agency for a particular award. AAP submits information

about its background and expertise in the area; the goals, objectives, and activities proposed to

achieve the outcomes outlined by the federal agencies; and logistical details about how the project

will be staffed and which partners will be part of the project. In addition, budgetary information is

submitted that is consistent with the resources needed to complete the project. Applications usually

also include letters of support from other organizations to highlight the benefits of our proposal.

      11.     The federal agency then conducts an extensive review of the applications submitted.

An agency may rely on external reviewers who are experts in the subject area, in addition to its own

internal reviewers. Relying on the scoring rubric set out in the NOFO, the agency then decides who

has the top scores to be awarded funding.  AAP routinely scores very highly on its applications and is nearly always competitive for funding.

13. 12.     If an applicant is successful, CDC or HRSA issues an award letter, which includes relevant information such as the terms and conditions of the award.

13.     In many instances, multiple awardees will be selected under the same NOFO.  Thus, when AAP is selected for an award, other similarly situated entities may be funded as well.

14.     Awardees are assigned a point of contact—a technical monitor and/or a project officer—at the relevant agency.  AAP staff remains in close communication with those agency liaisons throughout the lifespan of the award.  Federal staff can and have asked AAP to adjust our areas of focus or budget to align with changing agency priorities.  During the COVID-19 pandemic, for example, agency priorities shifted rapidly, and AAP was routinely in communication with agency liaisons to modify work plans and activities as needed.

15.     Grant awards generally have multiyear terms.  However, notice of continued funding usually occurs on an annual basis.  The continued funding is contingent on performance during the prior year(s) and congressional appropriations.  An awardee must submit an annual noncompeting continuation application and progress report.  While noncompeting continuation applications are not competitive insofar as other entities are not vying directly for the same award funds, the awardee must still persuade the agency to continue funding the award.  Particularly after a change in presidential administration, awardees may be expected in their continuation applications to propose programmatic shifts in response to changed agency priorities.  These changes are often made in consultation with, or at the direction of, the HRSA or CDC technical monitor or program officer responsible for the award.

16.     Following the change of presidential administration in January 2025, AAP worked closely with agency program staff to ensure its projects and continuation of funding applications conformed to the priorities and preferred terminologies of the new administration.

17.     Continuation of funding applications for each of the seven recently terminated awards were approved during the Trump administration.  Four of the continuation of funding approvals were issued as recently as September 2025.  The earliest was issued in April 2025.

**AAP Projects Funded by CDC and HRSA Awards**

18.     AAP has several active CDC and HRSA awards.  CDC and HRSA executed terminations of seven of those awards on December 16, 2025.  The terminated awards—which had roughly $12 million total remaining at the time of termination—make up nearly two-thirds of AAP's total federal award funding.

19.     CDC Award 1 is for Enhancing Partnerships to Address Birth Defects, Infant Disorders, and Related Conditions, and the Health of Pregnant and Postpartum People (Unique Federal Award Identification No. NU01DD000032; Award No. 6 NU01DD000032-03-01).  The performance period for this award was initially September 30, 2023 to September 29, 2028.  The recent budget period for this award was September 30, 2025 to September 29, 2026, until it was terminated effective December 22, 2025.  The award amount for this budget period is $8,785,000.  The total amount remaining on the award at the time of termination was approximately $7,876,408.  The award provides funding for several programs, including:

   a.   $300,000 to protect infants and children from emerging threats.  This project aims to strengthen the relationship between pediatric healthcare and public health to support a more effective system of care to prevent and mitigate the impact of emerging threats on infants, children, and their families.

b.  $1,021,380 to build capacity for substance use prevention in pediatric and perinatal care.  This project aims to help pediatric care teams better prevent, screen for, and connect patients to treatment for substance use disorders in children, young adults, and the perinatal population.

c.  $2,165,000 to build capacity for relational health and trauma-informed care.  This funding supports the National Center for Relational Health and Trauma-Informed Care, which aims to empower pediatricians and healthcare professionals to promote safe, stable, and nurturing relationships; recognize and treat trauma; and provide guidance and support to help children and families thrive.

d.  $600,000 to improve outcomes related to perinatal health and substance use. This project aims to enhance the capacity of pediatric healthcare clinicians to support infants with perinatal substance exposure and their birth mothers.

e.  $150,000 to improve clinical and public health outcomes for infants and children with birth defects, infant disorders, and related conditions (BDID) and their families.  This project's activities include partnering with families and caregivers affected by BDID to develop resources geared toward other families and caregivers.

f.  $650,000 for immunization support and communication.  These funds support immunization capacity building for pediatric clinicians and support community level uptake of immunizations and reducing community risk of vaccine preventable disease.  The funds support activities such as coordinating educational activities and developing partnerships with immunization

stakeholders at the state level, developing immunization-related tools and resources, and implementing local strategies to increase access to immunizations.

g. $100,000 for national standards of care for Level One Newborn Nurseries. This project aims to develop standards to improve the quality and consistency of newborn nursery care delivered across the United States. These standards serve as the basis for strengthening infrastructure for safe and high-quality implementation of best practices across all members of a clinical care team. The work is informed by input from experts on the topic.

h. $2,737,576 for "Learn the Signs. Act Early." This project strengthens national capacity to improve early identification and intervention for developmental delays and disabilities among young children. The project's activities include disseminating developmental surveillance resources and training through AAP communication channels, social media, external partnerships, and conference exhibits.

i. $200,000 for Tourette/ADHD education. This project aims to strengthen pediatricians' knowledge and skills in supporting children with Tourette Syndrome and ADHD through evidence-based education and practical tools. The project's activities include highlighting recent scientific publications and best practices to help pediatricians identify health risks, including suicidality, sleep disturbances, and co-occurring conditions.

j. $400,000 for early diagnosis, management, and diagnosis of chronic disabling conditions. This project aims to increase awareness of spina bifida, muscular dystrophy, gastroschisis, and other chronic conditions among key stakeholders. The project's activities include convening a newly formed consortium to develop

and implement strategies for improving outcomes for all children and adults with muscular dystrophies.

k. $250,000 for a public health program to enhance the health and development of children (Congenital Heart Public Health Consortium). This consortium was formed in 2009 and brings together various partners and organizations to positively impact the health of individuals affected by congenital heart defects. The consortium provides leadership and a unified voice for public health priorities, including through implementation of a roundtable discussion to identify gaps in knowledge in providing trauma-informed care for individuals with congenital heart defects.

l. $150,000 for awareness of congenital heart defects among healthcare clinicians. This project supports various physicians in caring for patients with congenital heart defects across their lifespan. The project's activities include continuing a strategic campaign to promote and disseminate resources that will increase awareness of the need for lifelong cardiac specialty care for individuals with congenital heart defects.

20. CDC Award 2 is for Category C: Pediatric Healthcare Clinicians (Unique Federal Award Identification No. NU38PW000050; Award No. 6 NU38PW000050-02-01). The performance period for this award was initially August 1, 2024 to July 31, 2029. The recent budget period for the award was August 1, 2025 to July 31, 2026, until it was terminated effective December 22, 2025. The award amount for this budget period is $1,100,001. The total amount remaining on the award at the time of termination was approximately $1,042,610. The award provides funding for several programs, including:

    a.   $500,001 for strengthening food allergy resources in schools and out-of-school time. This project strengthens systems for managing food allergies and other chronic conditions by improving data sharing between schools, out-of-school time programs, and community health providers. The project's activities include developing and disseminating resources that support safe and effective care coordination for students with food allergies.

    b.   $100,000 for information sharing on sepsis, among pediatric clinicians and summer camp healthcare providers. This project is meant to build awareness about pediatric sepsis, which is a life-threatening condition, and particularly early identification of symptoms of sepsis in camp and school settings.

    c.   $300,000 for "Let's Talk About It: Reducing Mental Health Stigma through Key Opinion Leaders." This project aims to develop a communications campaign to encourage open conversations about mental health needs between clinicians, parents, and families.

21.    CDC Award 3 is for National Partnerships to Address Prenatal Alcohol and Other Substance Use and Fetal Alcohol Spectrum Disorders (Unique Federal Award Identification No. NU84DD000021; Award No. 6 NU84DD000021-04-01).

    a.   The performance period for this award was initially April 1, 2023 to September 29, 2026. The recent budget period for this award was September 30, 2025 to September 29, 2026, until it was terminated effective December 22, 2025. The award amount for this budget period is $308,750. The total amount remaining on the award, including carryover from a prior year, at the time of termination was approximately $409,153.

b. This award provides funding for a program to address the knowledge, self-efficacy, and capacity of pediatricians to work with public health organizations that make up the systems of services for families living with substance use and children with fetal alcohol spectrum disorders. The project aims to improve patient- and family-centered approaches that advance access to care, identification and health of children living with prenatal alcohol and substance exposure, and pediatrician capacity to support children and families living with alcohol and substance use.

22. HRSA Award 1 is for the Telehealth Technology-Enabled Learning Program (Unique Federal Award Identification No. U3I43505; Award No. 4U3IRH43505-05-01).

a. The project period for this award was initially September 30, 2021 to September 29, 2026. The recent budget period for this award was September 30, 2025 to September 29, 2026, until it was terminated effective December 16, 2025. The award amount for this budget period is $475,000. The total amount remaining on the award at the time of termination was approximately $408,498.

b. This funding supports the National Rural Adolescent and Child Health ECHO Training Center. The center provides training, technical assistance, and community building to pediatricians and other healthcare providers in rural communities, where children face unique and unmet health needs and clinicians may require extra support to implement evidence-based practices at the point of care. A major focus was an eleven-month national learning collaborative designed to help pediatricians recognize and support the unique needs of autistic children and their families in rural areas.

10

23.     HRSA Award 2 is for Comprehensive Systems Integration for Adolescent and

Young Adult Health (Unique Federal Award Identification No. U4N49926; Award No.

4U4NMC49926-03-01).

    a.  The project period for this award was initially September 1, 2023 to August 31,

        2028.  The recent budget period for this award was September 1, 2025 to August

        31, 2026, until it was terminated effective December 16, 2025.  The award

        amount for this budget period is $1,500,561.  The total amount remaining on the

        award, including carryover from a prior year, at the time of termination was

        approximately $1,698,360.

    b.  This funding supports a program that increases the capacity of states, territories,

        and tribal organizations to promote adolescent health and young adult health and

        well-being.  The program was designed to support a cross-sector alliance

        including leaders from primary health care for adolescents and young adults,

        school supports for health and mental health, and community programs that

        reinforce positive youth development.

24.     HRSA Award 3 is for Universal Newborn Hearing Screening (Unique Federal Award

Identification No. U5252989; Award No. 4U52MC52989-02-04).

    a.  The project period for this award was initially April 1, 2024 to March 31, 2029.

        The recent budget period for this award was April 1, 2025 to March 31, 2026,

        until it was terminated effective December 16, 2025.  The award amount for this

        budget period is $302,224.  The total amount remaining on the award at the time

        of termination was approximately $146,354.

    b.  This funding supports a project that aims to enhance the confidence and training

        of healthcare professionals involved in screening, diagnosing, and providing

services to infants, children, and families within the Early Hearing Detection and Intervention System. The project's activities include telementoring sessions and development of educational resources to improve services for deaf and hard of hearing children and their families.

25.    HRSA Award 4 is for the Safe Infant Sleep Systems Integration Program (Unique Federal Award Identification No. UF745730; Award No. 4UF7MC45730-03-06).

    a.    The project period for this award was initially July 1, 2022 to June 30, 2025; it was extended to June 30, 2026 in August 2025. The recent budget period for this award was July 1, 2024 to June 30, 2026, until it was terminated effective December 16, 2025. The award amount for this budget period is $1,000,000. The total amount remaining on the award at the time of termination was approximately $348,714.

    b.    This funding supports a project that aims to reduce rates of sudden unexpected infant death (SUID) by connecting families with educational and awareness resources and building families' capacity to practice safe infant sleep. AAP brings together national partners to identify and promote community and state SUID prevention best practices and prevention strategies, integrate the needs and concerns of families and communities, and inform a national strategy for the future of safe infant sleep and SUID prevention.

26.    For each of these awards, AAP prepared and submitted comprehensive application materials in response to the initial NOFOs through the process described above. AAP also followed that process for noncompeting continuation applications for subsequent project years for each award.

27.     Throughout 2025, moreover, AAP took specific steps to ensure that our programs funded by these awards remained aligned with agency priorities.  Early in 2025, after the issuance of multiple executive orders related to diversity, equity, and inclusion, AAP modified our work plans and continuation applications, wherever needed, to align with new agency priorities.  AAP communicated extensively with subawardee partners, including through individual calls, to let them know they needed to be compliant with the executive orders.  AAP regularly communicated with our agency liaisons on the steps we were taking and to seek their guidance on how we should proceed.  In addition, AAP paused some webinars and other programming until we could ensure compliance with the executive orders.  And AAP continued to follow these practices as subsequent executive orders were issued over the course of the year.

28.     Agency staff never suggested that the modifications submitted by AAP were inadequate or ever asked AAP to make changes to conform to changed agency priorities that AAP failed to implement.

29.     To my knowledge, before December 16, 2025, never in its history had an AAP award of federal funding for which we were prime ever been terminated.  Nor had AAP ever been found to be in noncompliance with the conditions of any award.

**Terminations of AAP Awards**

30.     Prior to receiving the termination notices, AAP was carrying out its work as usual with respect to the CDC and HRSA awards.  As noted, AAP works with liaisons at CDC and HRSA who communicate with us if there is a desire to change course or shift the focus of the award.  Our points of contact at the agencies never suggested that AAP was not in compliance with the terms and conditions of any of its awards or otherwise deficient in any way.  Nor did they provide any reason to believe that the termination of any AAP awards was imminent.

31.     In fact, leading up to and even after the termination notices were issued, AAP's liaisons at CDC and HRSA maintained lines of communication suggesting that it was business as usual for the awards in question.  Agency staff appeared to be unaware that the awards were about to be or had been terminated.  For example, AAP staffers exchanged emails with CDC team members on December 16 and 17, discussing ongoing and future anticipated work for one of the relevant programs.  On December 17, CDC program staff requested information about the Sepsis Awareness project and ECHO sessions, inquiring about how the CDC could promote January 2026 ECHO sessions via social media.  This communication suggested that the CDC staff fully anticipated continuation of the project as planned.  A separate call on December 17 with different program staff from the CDC and two AAP Senior Directors revealed that the program staff were unaware of the termination letters.

32.     On December 16, AAP received letters from HRSA terminating each of the four HRSA awards discussed above, effective immediately.  Each letter stated that funding for the award "is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4)."  HRSA asserted that its "current priorities include focusing agency resources toward activities that more directly support improved health outcomes for adolescents and young adults, including the addition of a focused emphasis on nutrition and the prevention and management of chronic disease.  These enhancements will help ensure the program remains responsive and evidence based."  The letters also noted: "Although in its discretion HRSA may suspend (rather than immediately terminate) an award to allow the recipient an opportunity to take appropriate corrective action before HRSA makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities."  True and correct copies of those letters are attached to this Declaration as Exhibits 4–7.

33.     On December 17, AAP received letters from CDC terminating each of the three CDC awards discussed above, effective December 22.  The letters stated: "CDC has determined that this award no longer effectuates agency and Department of Health and Human Services (HHS) priorities.  More specifically, your organization's award materials reflect design elements that are not aligned with current CDC and HHS priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion initiatives that prioritize group identity and to improve and protect the lives and health of all Americans."  One letter, for example, said that AAP's application submissions "expressly center on identity-based language" and that these "elements" were "woven through the title, narrative, and work plans" of the award project, meaning that AAP's activities were "no longer in alignment with the stated HHS and CDC priority areas."  Another letter asserted that AAP's award materials "commit to providing health equity as a strategy in which Capacity Building Assistance (CBA) will be provided."  The letters also stated: "After careful review, CDC has determined that this award must be fully terminated because the premises of the award are incompatible with agency and departmental priorities, making modifications or partial continuation impossible."  True and correct copies of those letters are attached to this Declaration as Exhibits 1–3.

34.     AAP staff were told by agency staff that they were unaware of these terminations, which AAP staff understood to mean that the terminations came at the direction of HHS leadership, rather than through normal channels.  Based on AAP's communications with partners and other organizations that receive HRSA and CDC awards, to the best of my knowledge, none of the other entities that received awards under the same awards as AAP have had their own awards terminated.

35.     The notice of termination for CDC Award 1 pointed to "identity-based language" in application submissions and award documents—including CDC's own title of the award: "Enhancing partnerships to address birth defects, infant disorders and related conditions, and the

health of pregnant and postpartum people." The CDC—not AAP—created that title. In fact, AAP staff pointed this out to CDC staff, only to be told that the language could not be changed in the template. AAP was therefore required to use the formal title and template work plans provided by the CDC, which included the same wording and reference to "pregnant and postpartum people." Awardees from other organizations were required to use the same templates. However, to the best of my knowledge, none of the three dozen other organizations funded under this award have received termination notices. AAP's initial application also aligned with the CDC NOFO, released in May 2023, requiring the application to identify "disproportionately affected population segments and how reaching these groups will address health equity." When HHS priorities shifted, AAP likewise shifted our efforts to comply with all funding requirements and executive orders, including in our continuation applications. Additionally, the notice of termination wrongly suggested that AAP projects did not focus on current HHS priorities. In fact, the projects do address those priorities, including by addressing chronic conditions, autism, and strengthening the healthcare workforce.

36.     Similarly, for CDC Award 3, AAP annually submitted a scope of work in alignment with the strategies and activities required by the notice of funding opportunity. Our work plans were reviewed and approved by CDC liaisons and deemed satisfactory. AAP staff participated in calls with the agency points of contact at least monthly to confirm that progress was satisfactory. All materials AAP developed after February 2025 were finalized based on consideration of relevant executive orders and published CDC priorities, and those materials were in fact reviewed and approved by CDC staff.

37.     HRSA Award 3, which addresses universal newborn hearing screening, was terminated for purportedly no longer effectuating program goals or agency priorities. AAP applied for this award as one of three national technical assistance centers that make up the Early Hearing

16

Detection and Intervention National Network.  Neither of the other two centers received termination notices, and they are now missing a key partner in efforts focused on reaching providers.

38.      The termination notice for HRSA Award 1 stated that "HRSA's current priorities include focusing agency resources toward activities that more directly support improved health outcomes for adolescents and young adults, including the addition of a focused emphasis in nutrition and the prevention and management of chronic disease."  This award is specifically designed to improve health outcomes for adolescents, as it supports AAP's National Rural Adolescent and Child Health ECHO Training Center.  Project activities specifically focus on the stated priorities of nutrition and chronic disease prevention.

39.      The same is true for HRSA Award 2.  The HRSA-approved work plan submitted by AAP included objectives and activities consistent with a focus on improved health outcomes for adolescents and young adults, including an emphasis on chronic disease prevention.

**Effects of Award Terminations on AAP Projects**

40.      The terminations of these AAP awards have had immediate and devastating effects on AAP's programs and our partners.

41.      Without these awards, all the critical projects discussed above will have to be discontinued.  These essential programs and services will no longer be provided by AAP.  In many cases, AAP is the only organization providing the resources in question and therefore those life-saving services will no longer be available.  In some cases, other organizations must endeavor to continue carrying out this work, still using federal grant funds, but with increased difficulty without the key partnership of AAP.

42.    In the wake of the award terminations, AAP received outreach from many partners and beneficiaries of our work noting their disappointment in the terminations, emphasizing the importance of the discontinued projects, and expressing hopes that the awards would be reinstated.

43.    The following examples illustrate just some of the severe harms that will result from the award terminations:

  a.  The elimination of the project supporting immunization support and communication will result in a diminished ability to prevent community spread of harmful infectious diseases, including pertussis (whooping cough), measles, and winter respiratory viruses.  This is particularly dangerous at the current moment, with measles and pertussis cases on the rise, and deaths having occurred in multiple states.

  b.  Sudden unexpected infant death is the leading cause of death for infants under one year of age.  Following the dissolution of the federal Safe to Sleep campaign earlier this year and the termination of the safe sleep cooperative agreement, there is no nationally coordinated approach to support new parents in understanding and practicing safe sleep, which has the potential to result in an increase in sleep-related deaths in healthy infants.

  c.  The timely release of national standards of care for certain newborn nurseries is now in jeopardy.  High-quality, safe newborn care is essential in the first hours of a baby's life.  National standards would help to ensure that newborn care in all settings has the appropriate infrastructure, personnel, and policies to provide a healthy start to life for all newborns.

  d.  The loss of funding for the Universal Newborn Hearing Screening Program will result in delays in identifying infants who are deaf and hard of hearing, and

corresponding delays in access to critical therapies and services to improve language acquisition and communication.  This will impact the acquisition of language and delay speech and language acquisition, which can impact neuro cognitive development, learning, and communication.

e.  The loss of funding for "Learn the Signs. Act Early" diminishes the capacity to support screening and early identification for developmental delays and autism. AAP's portfolio of resources will no longer be promoted or updated, meaning fewer clinicians and parents will know how to monitor developmental milestones effectively.

f.  The loss of funding for partnerships to protect infants and children from emerging threats will prevent AAP from ensuring that families receive timely, trusted information and resources.  This will result in not only worsened health outcomes, but also higher healthcare costs, widening disparities, and diminished national preparedness.  Children and families are less likely to be identified for and to receive care for congenital cytomegalovirus, perinatal Hepatitis C, and congenital syphilis.  Congenital syphilis cases are on the rise in the United States per CDC, increasing for the twelfth year in a row, with nearly 4,000 reported cases in 2024.

g.  The loss of funding will eliminate planned educational courses on Tourette Syndrome and ADHD, leaving pediatricians without critical training to identify health risks such as suicidality, sleep disturbances, and co-occurring conditions. Without these resources, clinicians will lack evidence-based strategies for behavior guidance and parent support, reducing their ability to provide anticipatory guidance and effective care.

h.  Pediatricians and other medical clinicians will not be trained in how to integrate child-centered, trauma-informed care practices into their clinical care. This means that children and families who have experienced trauma will not receive care that is tailored to their needs. The loss of this funding will worsen the current mental health crisis among U.S. children and teenagers.

i.  The loss of funding for certain projects will hinder the ability to improve coordination of care and services for infants and children impacted by spina bifida, muscular dystrophy, and gastroschisis, among other chronic conditions. It will also hinder the ability to prevent congenital heart defects and improve outcomes for affected children and adults.

j.  The loss of funding will have a direct negative impact on infants with perinatal substance exposure, including those born with neonatal opioid withdrawal syndrome and their birth mothers. The loss of funding will eliminate critical training for multidisciplinary pediatric healthcare teams, as well as resources allowing clinicians to build capacity to support children born with neonatal opioid withdrawal syndrome—a critically important need given the national health emergency being fueled by the opioid epidemic.

k.  The loss of funding for educational efforts to build capacity of pediatricians to assess for prenatal alcohol exposure will result in more children being undiagnosed, misdiagnosed, and untreated. Children without the appropriate diagnosis and early intervention services are more likely to experience school failure, misuse substances themselves, and become involved in the criminal justice system.

l.  The loss of funding to strengthen food allergy resources means that schools and out-of-school programs will lose access to critical resources and training needed to manage food allergies safely, increasing the risk of severe allergic reactions among students.  Additionally, the progress made through national collaborations and evidence-based guidelines could stall, limiting the ability to implement consistent, effective food allergy management practices across K–12 and out-of-school settings.

m.  The loss of funding for "Let's Talk About It" will halt a national communications campaign designed to support clinicians, parents, and families in having open, destigmatizing conversations around mental health.  Without this campaign, fewer youth and fewer parents will feel comfortable talking about their mental health needs, leading to worsening symptoms and increased feelings of isolation and despair.

n.  The loss of funding for the Telehealth Technology-Enabled Learning Program means that children and families in rural areas will not have access to health services that meet their unique needs.  Pediatricians serving rural communities will lose targeted training on suicide prevention, autism, obesity, substance use, and other critical mental health issues.  This will widen gaps in care and harm children and families in rural communities.

o.  A funding gap for "Information Sharing Among Pediatric Clinicians and Summer Camp for Health Care Providers" hinders efforts to promote early action to prevent severe life-threatening infection and multiple organ failure in children.  Sepsis is a condition where minutes can make a difference in preventing the most serious health outcomes for an affected child.  Providers of

all types would benefit from education and guidance about early symptoms and the immediate lifesaving steps to take to improve outcomes in children.

44.    AAP's partners will also be harmed by the award terminations. Many AAP projects funded by these awards have subawardees in the public health space. Because of the terminations, AAP has been forced to notify these groups to stop their work on the awards. For some of those groups, the funds constitute a significant portion of their payroll, and there will be an immediate disruptive impact on their personnel. Other groups will simply not be able to continue the important public health work they were able to do because of these funds.

45.    This damage to AAP's partnerships will further harm AAP's reputation as a leader in the field and as a trusted partner on these issues. If AAP's funding is not reinstated, its partners will be forced to discontinue longstanding, effective working relationships.

46.    In sum, these award terminations will have a catastrophic effect on public health. It is no exaggeration to say that lives will be lost as a result of the terminations.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of December 2025 in Towson, Maryland.

Debra B. Waldron

# EXHIBIT 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU84DD000021-04-01
FAIN# NU84DD000021
Federal Award Date: 12/16/2025

## Recipient Information

**1. Recipient Name**
AMERICAN ACADEMY OF PEDIATRICS
141 Northwest Point Blvd
Elk Grove Village, IL 60007-1019
[NO DATA]

**2. Congressional District of Recipient**
08
**3. Payment System Identifier (ID)**
1362275597A1
**4. Employer Identification Number (EIN)**
362275597
**5. Data Universal Numbering System (DUNS)**
055399364
**6. Recipient's Unique Entity Identifier (UEI)**
DWN9T4FUL313
**7. Project Director or Principal Investigator**
Dr. Debra  Waldron
SVP
dwaldron@aap.org
630/626-6110
**8. Authorized Official**
Lisa  Andry
Sponsored Programs Administror
landry@aap.org
630-626-6720

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. LaQuanda Lewis
Grants Management Officer
hrf6@cdc.gov
770-488-2969

**10.Program Official Contact Information**
Ms. Elizabeth  Dang
Behavioral Scientist
edang@cdc.gov
404-498-3947

## Federal Award Information

**11. Award Number**
6 NU84DD000021-04-01
**12. Unique Federal Award Identification Number (FAIN)**
NU84DD000021
**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
National Partnerships to Address Prenatal Alcohol and Other Substance Use and Fetal Alcohol Spectrum Disorders
**15. Assistance Listing Number**
93.073
**16. Assistance Listing Program Title**
Birth Defects and Developmental Disabilities, Prevention and Surveillance

**17. Award Action Type**
Terminate
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2025 **- End Date** 12/22/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $308,750.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $308,750.00 |
| **26.** Period of Performance Start Date 04/01/2023 **- End Date** 12/22/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $1,042,500.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Mrs. Merlin Williams
Team Lead Grants Managment Officer

## 30. Remarks

TERMINATION DUE TO DEPARTMENTAL AUTHORITY

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU84DD000021-04-01
FAIN# NU84DD000021
Federal Award Date: 12/16/2025

## Recipient Information

**Recipient Name**

AMERICAN ACADEMY OF PEDIATRICS

141 Northwest Point Blvd

Elk Grove Village, IL 60007-1019

[NO DATA]

**Congressional District of Recipient**

08

**Payment Account Number and Type**

1362275597A1

**Employer Identification Number (EIN) Data**

362275597

**Universal Numbering System (DUNS)**

055399364

**Recipient's Unique Entity Identifier  (UEI)**

DWN9T4FUL313

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.   Salaries and Wages** | $140,898.00 |
| **b.   Fringe Benefits** | $47,905.00 |
| **c.   Total Personnel Costs** | $188,803.00 |
| **d.   Equipment** | $0.00 |
| **e.   Supplies** | $110.00 |
| **f.   Travel** | $1,440.00 |
| **g.   Construction** | $0.00 |
| **h.   Other** | $19,316.00 |
| **i.   Contractual** | $4,000.00 |
| **j.   TOTAL DIRECT COSTS** | **$213,669.00** |
| **k.  INDIRECT COSTS** | **$95,081.00** |
| **l.   TOTAL APPROVED BUDGET** | **$308,750.00** |
| **m.  Federal Share** | **$308,750.00** |
| **n.  Non-Federal Share** | **$0.00** |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 3-939ZRAS | 23NU84DD000021 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 4-939ZRAS | 23NU84DD000021 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 5-939ZRAS | 23NU84DD000021 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU84DD000021-04-01
FAIN# NU84DD000021
Federal Award Date: 12/16/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

AMERICAN ACADEMY OF PEDIATRICS                    6 NU84DD000021-04-01

1. Terms and Conditions
2. Termination Letter

**AWARD TERMS & CONDITIONS**

**Termination**: The purpose of this amendment is to terminate this award effective December 22, 2025.

 Pursuant to the terms of your current Notice of Award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a Federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC has determined that this award no longer effectuates agency and Department of Health and Human Services (HHS) priorities. More specifically, your organization's award materials reflect design elements that are not aligned with current CDC and HHS priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion initiatives that prioritize group identity and to improve and protect the lives and health of all Americans. These priorities relate to the overall mission and functions of both HHS and CDC.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 C.F.R. § 200.472 or as may be provided in additional further instruction from the agency. Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of 12/22/2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 2 CFR PART 200.344.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

To: American Academy of Pediatrics

Attn: Debra Waldron, Sr Vice President, AAP

Funding for Award Number NU84DD000021 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective December 22, 2025.

Pursuant to the terms of your current Notice of Award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a Federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC has determined that this award no longer effectuates CDC and Department of Health and Human Services (HHS) priorities. More specifically, your organization's award materials reflect elements that are not aligned with the current CDC and HHS priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion (DEI) initiatives that prioritize group identity and to improve and protect the lives and health of all Americans. These priorities relate to the overall mission and functions of both HHS and CDC.

Your organization's award and project include multiple design elements that explicitly emphasize DEI, social determinants of health (SDOH), and health equity, including objectives to "reduce stigma and promote health equity" and to target "underserved populations at increased risk due to social drivers of health."

These elements are not incidental; they are woven through your organization's award project and the stated activities. As such, your organization's activities under this award are no longer in alignment with the stated HHS and CDC priority areas.

After careful review, CDC has determined that this award must be fully terminated because the premises of the award are incompatible with agency and departmental priorities, making modification or partial continuation impossible.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 C.F.R. § 200.472 or as may be provided in additional further instruction from the agency. Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120 days, from the effective date of termination provided above, to liquidate all financial obligations incurred pursuant to the Award.

Sincerely,

Jamie Legier -S
Digitally signed by Jamie Legier - S
Date: 2025.12.16 14:16:03 -05'00'

Jamie W. Legier
Director, Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services
Phone: 770-488-2613

# EXHIBIT 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU38PW000050-02-01
FAIN# NU38PW000050
Federal Award Date: 12/16/2025

## Recipient Information

**1. Recipient Name**
AMERICAN ACADEMY OF PEDIATRICS
345 Park Blvd
Itasca, IL 60143-2644

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
1362275597A1

**4. Employer Identification Number (EIN)**
362275597

**5. Data Universal Numbering System (DUNS)**
055399364

**6. Recipient's Unique Entity Identifier (UEI)**
DWN9T4FUL313

**7. Project Director or Principal Investigator**
Dr. DEBRA WALDRON
SVP
dwaldron@aap.org
630-626-6110

**8. Authorized Official**
Ms. Lisa Andry
landry@aap.org
630.626.6720

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Kimberly Champion
Grants Management Specialist
qrf9@cdc.gov
(404) 498-4229

**10. Program Official Contact Information**
Mr. Nicolas Rankin
Director
xkx6@cdc.gov
(494) 498-0226

## Federal Award Information

**11. Award Number**
6 NU38PW000050-02-01

**12. Unique Federal Award Identification Number (FAIN)**
NU38PW000050

**13. Statutory Authority**
317(k)(2) and 307 of the Public Health Service Act (42 U.S.C. Sections 247b(k) and 242l, as amended). In addition, this program is authorized under sections 4002 of the Patient Protection and Affordable Care Act,

**14. Federal Award Project Title**
Category C: Pediatric Healthcare Clinicians

**15. Assistance Listing Number**
93.421

**16. Assistance Listing Program Title**
Strengthening Public Health Systems and Services through National Partnerships to Improve and Protect the Nation's Health

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2025 **- End Date** 12/22/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $1,100,001.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $1,100,001.00 |
| **26.** Period of Performance Start Date 08/01/2024 **- End Date** 12/22/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $2,300,001.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mr. Damond Barnes
Grants Management Officer

## 30. Remarks

TERMINATION DUE TO DEPARTMENTAL AUTHORITY

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU38PW000050-02-01
FAIN#  NU38PW000050
Federal Award Date: 12/16/2025

## Recipient Information

**Recipient Name**
AMERICAN ACADEMY OF PEDIATRICS
345 Park Blvd
Itasca, IL 60143-2644

**Congressional District of Recipient**
08
**Payment Account Number and Type**
1362275597A1
**Employer Identification Number (EIN) Data**
362275597
**Universal Numbering System (DUNS)**
055399364
**Recipient's Unique Entity Identifier (UEI)**
DWN9T4FUL313

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  **Salaries and Wages** | $450,171.00 |
| b.  **Fringe Benefits** | $153,059.00 |
|    c.  **Total Personnel Costs** | $603,230.00 |
| d.  **Equipment** | $0.00 |
| e.  **Supplies** | $402.00 |
| f.  **Travel** | $55,000.00 |
| g.  **Construction** | $0.00 |
| h.  **Other** | $51,861.00 |
| i.  **Contractual** | $60,000.00 |
| j.  **TOTAL DIRECT COSTS** | **$770,493.00** |
| k.  **INDIRECT COSTS** | **$329,508.00** |
| l.  **TOTAL APPROVED BUDGET** | **$1,100,001.00** |
| m.  **Federal Share** | **$1,100,001.00** |
| n.  **Non-Federal Share** | **$0.00** |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390MRJ | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-2324-0943 |
| 4-9390C1F | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-24-0952 |
| 4-9390JYM | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-24-0948 |
| 4-9390NBT | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-24-0949 |
| 4-939ZSNK | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-24-0949 |
| 5-9390C1F | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-25-0952 |
| 5-9390JYM | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-25-0948 |
| 5-9390NBT | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-25-0949 |
| 5-939ZXFQ | 24NU38PW000050 | PW | 410Q | 93.421 | $0.00 | 75-25-0959 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU38PW000050-02-01
FAIN#  NU38PW000050
Federal Award Date:  12/16/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

AMERICAN ACADEMY OF PEDIATRICS                                    6 NU38PW000050-02-01

1. Terms and Conditions
2. Termination Letter

**AWARD TERMS & CONDITIONS**

**Termination**: The purpose of this amendment is to terminate this award effective December 22, 2025.

 Pursuant to the terms of your current Notice of Award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a Federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC has determined that this award no longer effectuates agency and Department of Health and Human Services (HHS) priorities. More specifically, your organization's award materials reflect design elements that are not aligned with current CDC and HHS priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion initiatives that prioritize group identity and to improve and protect the lives and health of all Americans. These priorities relate to the overall mission and functions of both HHS and CDC.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 C.F.R. § 200.472 or as may be provided in additional further instruction from the agency. Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of 12/22/2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 2 CFR PART 200.344.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                           Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

To: American Academy of Pediatrics

Attn: Debra Waldron, Sr. Vice President, AAP

Funding for Award Number NU38PW000050 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective December 22, 2025.

Pursuant to the terms of your current Notice of Award and 2 C.F.R. § 200.340(a)(4) , the Centers for Disease Control and Prevention (CDC) may terminate a Federal award, "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC has determined that this award no longer effectuates agency priorities. More specifically, your organization's award materials reflect design elements that are not aligned with current CDC priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion (DEI) initiatives that prioritize group identity and to improve and protect the lives and health of all Americans. These priorities relate to the overall mission and function of CDC. For example, your organization's award materials commit to providing health equity as a strategy in which Capacity Building Assistance (CBA) will be provided. Further, your organization also uses "Establish standards and support for health information technology (HIT) use that promotes equity and population health improvements." as an outcome measure.
.
These elements are not incidental; they are woven through your organization's award materials and define your organization's project's objective framework. As such, your organization's activities under Award Number NU38PW000050 are no longer in alignment with the stated CDC priority areas.

After careful review, CDC has determined that this award must be fully terminated because the premises of the award are incompatible with agency priorities, making modifications or partial continuation impossible.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 C.F.R. § 200.472 or as may be provided in additional further instruction from the agency. Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120 days, from effective date of termination provided above, to liquidate all financial obligations incurred pursuant to the award.

Sincerely,

Jamie Legier -S    Digitally signed by Jamie Legier -
                   S
                   Date: 2025.12.16 14:10:03 -05'00'

Jamie W. Legier
Director, Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services
Phone: 770-488-2613

# EXHIBIT 3

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU01DD000032-03-01
FAIN# NU01DD000032
Federal Award Date: 12/16/2025

## Recipient Information

**1. Recipient Name**
AMERICAN ACADEMY OF PEDIATRICS
345 Park Blvd
Itasca, IL 60143-2644

**2. Congressional District of Recipient**
08
**3. Payment System Identifier (ID)**
1362275597A1
**4. Employer Identification Number (EIN)**
362275597
**5. Data Universal Numbering System (DUNS)**
055399364
**6. Recipient's Unique Entity Identifier (UEI)**
DWN9T4FUL313
**7. Project Director or Principal Investigator**
Dr. DEBRA WALDRON
SVP
dwaldron@aap.org
630-626-6110
**8. Authorized Official**
Ms. Lisa Andry
landry@aap.org
630.626.6720

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Michael Embry
Grants Management Specialist
KOY3@cdc.gov
(770) 488-2881

**10. Program Official Contact Information**
Tiffany Bazzelle
Drafter/Lead Author
lhv5@cdc.gov
4048634299

## Federal Award Information

**11. Award Number**
6 NU01DD000032-03-01
**12. Unique Federal Award Identification Number (FAIN)**
NU01DD000032
**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR 52

**14. Federal Award Project Title**
Enhancing partnerships to address birth defects, infant disorders and related conditions, and the health of pregnant and postpartum people - Component A; Component B
**15. Assistance Listing Number**
93.073
**16. Assistance Listing Program Title**
Birth Defects and Developmental Disabilities, Prevention and Surveillance
**17. Award Action Type**
Terminate
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 09/30/2025 **- End Date** 12/22/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $8,785,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $8,785,000.00 |
| **26. Period of Performance Start Date** 09/30/2023 **- End Date** 12/22/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $18,009,899.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Ms. LaQuanda Lewis
Grants Management Officer

## 30. Remarks

TERMINATION DUE TO DEPARTMENTAL AUTHORITY

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU01DD000032-03-01

FAIN# NU01DD000032

Federal Award Date: 12/16/2025

## Recipient Information

**Recipient Name**

AMERICAN ACADEMY OF PEDIATRICS

345 Park Blvd

Itasca, IL 60143-2644

**Congressional District of Recipient**

08

**Payment Account Number and Type**

1362275597A1

**Employer Identification Number (EIN) Data**

362275597

**Universal Numbering System (DUNS)**

055399364

**Recipient's Unique Entity Identifier (UEI)**

DWN9T4FUL313

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $0.00 |
| b.  Fringe Benefits | $0.00 |
| c.  Total Personnel Costs | $0.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $0.00 |
| f.  Travel | $0.00 |
| g.  Construction | $0.00 |
| h.  Other | $8,785,000.00 |
| i.  Contractual | $0.00 |
| j.  TOTAL DIRECT COSTS | $8,785,000.00 |
| k.  INDIRECT COSTS | $0.00 |
| l.  TOTAL APPROVED BUDGET | $8,785,000.00 |
| m.  Federal Share | $8,785,000.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 3-9211897 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-921ZJTN | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-9390BW3 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-9390BW5 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZRAM | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZRAN | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZRCH | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZRCK | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZRCV | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZRDY | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZTCZ | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZUJM | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 3-939ZYHY | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-23-0958 |
| 4-939ZRDY | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 4-939ZTCZ | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 4-939ZRDK | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0948 |
| 4-939ZRCV | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 4-939ZRCK | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 4-9390MFA | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-X-0951 |
| 4-9390MCR | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-X-0951 |
| 4-9390LEL | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0952 |
| 4-9390CCD | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0952 |
| 4-9390BW5 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 4-9390BK4 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-75-X-0512-009 |
| 4-931ZZGP | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0948 |
| 4-931ZZGB | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0950 |
| 4-939ZUJM | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 4-921047D | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0948 |
| 4-9211897 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-24-0958 |
| 5-9390BW5 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NU01DD000032-03-01
FAIN#   NU01DD000032
Federal Award Date:   12/16/2025

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 5-9390BW9 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-9390CCD | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0952 |
| 5-9390HVU | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-9390J4K | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0952 |
| 5-9390LEL | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0952 |
| 5-939ZUJM | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRAM | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRAW | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRCK | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRCM | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRCV | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRDL | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0948 |
| 5-939ZRDW | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRDY | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZREC | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-939ZRVS | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-X-0951 |
| 5-939ZTCZ | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-9390AEW | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-921ZDYZ | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0958 |
| 5-921047D | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-25-0948 |
| 5-9390PE6 | 23NU01DD000032 | DD | 410Q | 93.073 | $0.00 | 75-75-X-0512-009 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU01DD000032-03-01
FAIN# NU01DD000032
Federal Award Date: 12/16/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

AMERICAN ACADEMY OF PEDIATRICS                                       6 NU01DD000032-03-01

1. Terms & Conditions
2. Termination Letter

**AWARD TERMS & CONDITIONS**

**Termination**: The purpose of this amendment is to terminate this award effective December 22, 2025.

 Pursuant to the terms of your current Notice of Award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a Federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC has determined that this award no longer effectuates agency and Department of Health and Human Services (HHS) priorities. More specifically, your organization's award materials reflect design elements that are not aligned with current CDC and HHS priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion initiatives that prioritize group identity and to improve and protect the lives and health of all Americans. These priorities relate to the overall mission and functions of both HHS and CDC.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 C.F.R. § 200.472 or as may be provided in additional further instruction from the agency. Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of 12/22/2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 2 CFR PART 200.344.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

To: American Academy of Pediatrics

Attn: Debra Waldron, Sr. Vice President, AAP

Funding for Award Number NU01DD000032 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective December 22, 2025.

Pursuant to the terms of your current Notice of Award and 2 C.F.R. § 200.340(a)(4), the Centers for Disease Control and Prevention (CDC) may terminate a Federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

CDC has determined that this award no longer effectuates agency and Department of Health and Human Services (HHS) priorities. More specifically, your organization's award materials reflect design elements that are not aligned with current CDC and HHS priorities to, to the extent permitted by applicable federal law, deprioritize diversity, equity, and inclusion initiatives that prioritize group identity and to improve and protect the lives and health of all Americans. These priorities relate to the overall mission and functions of both HHS and CDC.

Your application submissions and corresponding Award documents expressly center on identity-based language "Enhancing partnerships to address birth defects, infant disorders and related conditions, and the health of pregnant and postpartum people – Component A; Component B." Your Project Abstract states that AAP "emphasizes equity, diversity, and inclusion as key foundational components" of its work and that the program will "address health disparities and advance health equity." It further asserts that "disparities caused by racism and poverty are only exacerbated during emergencies," and commits to "increased incorporation of diverse perspectives into clinical care and public health materials."

These elements are not incidental; they are woven through the title, narrative, and work plans of your organization's award project and define your organization's project's objective framework. As such, your organization's activities under Award Number NU84DD000021 are no longer in alignment with the stated HHS and CDC priority areas.

After careful review, CDC has determined that this award must be fully terminated because the premises of the award are incompatible with agency and departmental priorities, making modifications or partial continuation impossible.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 C.F.R. § 200.472 or as may be provided in additional further instruction from the agency. Nothing in this notice excuses either CDC or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120 days, from the effective date of termination provided above, to liquidate all financial obligations incurred pursuant to the Award.

Sincerely,

Jamie Legier -S    Digitally signed by Jamie Legier -S
Date: 2025.12.16 14:02:16 -05'00'

Jamie W. Legier
Director, Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services
Phone: 770-488-2613

# EXHIBIT 4



5600 Fishers Lane
Rockville, MD 20857



DATE:          December 16, 2025

TO:            American Academy of Pediatrics

ATTN:          Lisa Andry, Senior Sponsored Programs Administrator

FROM:          Thomas J. Engels, Administrator

Funding for Award Number UF745730 is hereby terminated pursuant to 2 C.F.R. §
200.340(a)(4).  This letter constitutes a notice of termination, effective December 16, 2025.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Health Resources and
Services Administration (HRSA) may terminate a federal award "to the extent authorized by law,
if an award no longer effectuates the program goals or agency priorities."

HRSA's current priorities include focusing agency resources toward activities that more directly
support improved health outcomes for adolescents and young adults, including the addition of a
focused emphasis on nutrition and the prevention and management of chronic disease. These
enhancements will help ensure the program remains responsive and evidence based.

Although in its discretion HRSA may suspend (rather than immediately terminate) an award to
allow the recipient an opportunity to take appropriate corrective action before HRSA makes a
termination decision, after review and consideration, no corrective action is possible here since
no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than
in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the
agency.  Nothing in this notice excuses either HRSA or you from complying with the closeout
obligations imposed by 2 C.F.R. §§ 200.344-200.345.  Consistent with 2 C.F.R. 200.344, you
will have 120 days from the effective date of termination to liquidate all financial obligations
incurred prior to termination of this award.

Thomas J. Engels

*Thomas J. Engels*

# EXHIBIT 5



**Health Resources & Services Administration**

5600 Fishers Lane
Rockville, MD 20857



DATE:        December 16, 2025

TO:          American Academy of Pediatrics

ATTN:        Debra Waldron, Senior Vice President

FROM:        Thomas J. Engels, Administrator

Funding for Award Number U5252989 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4).  This letter constitutes a notice of termination, effective December 16, 2025.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Health Resources and Services Administration (HRSA) may terminate a federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

HRSA's current priorities include focusing agency resources toward activities that more directly support improved health outcomes for adolescents and young adults, including the addition of a focused emphasis on nutrition and the prevention and management of chronic disease.  These enhancements will help ensure the program remains responsive and evidence based.

Although in its discretion HRSA may suspend (rather than immediately terminate) an award to allow the recipient an opportunity to take appropriate corrective action before HRSA makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency.  Nothing in this notice excuses either HRSA or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345.  Consistent with 2 C.F.R. 200.344, you will have 120 days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Thomas J. Engels

_Thomas J. Engels_

# EXHIBIT 6



**Health Resources & Services Administration**

5600 Fishers Lane
Rockville, MD 20857



DATE:          December 16, 2025

TO:            American Academy of Pediatrics

ATTN:          Lisa Andry, Senior Sponsored Programs Administrator

FROM:          Thomas J. Engels, Administrator

Funding for Award Number U3I43505 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective December 16, 2025.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Health Resources and Services Administration (HRSA) may terminate a federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

HRSA's current priorities include focusing agency resources toward activities that more directly support improved health outcomes for adolescents and young adults, including the addition of a focused emphasis on nutrition and the prevention and management of chronic disease. These enhancements will help ensure the program remains responsive and evidence based.

Although in its discretion HRSA may suspend (rather than immediately terminate) an award to allow the recipient an opportunity to take appropriate corrective action before HRSA makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency. Nothing in this notice excuses either HRSA or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120 days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Thomas J. Engels

*Thomas J. Engels*

# EXHIBIT 7



**Health Resources & Services Administration**

5600 Fishers Lane
Rockville, MD 20857



DATE:          December 16, 2025

TO:            American Academy of Pediatrics

ATTN:          Lisa Andry, Senior Sponsored Programs Administrator

FROM:          Thomas J. Engels, Administrator

Funding for Award Number U4N49926 is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4). This letter constitutes a notice of termination, effective December 16, 2025.

Pursuant to the terms of the award and 2 C.F.R. § 200.340(a)(4), the Health Resources and Services Administration (HRSA) may terminate a federal award "to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

HRSA's current priorities include focusing agency resources toward activities that more directly support improved health outcomes for adolescents and young adults, including the addition of a focused emphasis on nutrition and the prevention and management of chronic disease. These enhancements will help ensure the program remains responsive and evidence based.

Although in its discretion HRSA may suspend (rather than immediately terminate) an award to allow the recipient an opportunity to take appropriate corrective action before HRSA makes a termination decision, after review and consideration, no corrective action is possible here since no corrective action could align the award with current agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable other than in accordance with 2 CFR § 200.472 or as may be provided in further instruction from the agency. Nothing in this notice excuses either HRSA or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 200.344-200.345. Consistent with 2 C.F.R. 200.344, you will have 120 days from the effective date of termination to liquidate all financial obligations incurred prior to termination of this award.

Thomas J. Engels

*Thomas J. Engels*