# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *Plaintiff*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, *Defendants*. | Case No. 1:25-cv-4505 |

### [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's motion for a temporary restraining order or, in the alternative, preliminary injunction, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendants and their agents are **ENJOINED** from enforcing or otherwise giving effect to the termination of any award to the American Academy of Pediatrics (AAP), including through the enforcement of closeout obligations; and it is further

**ORDERED** that Defendants and their agents are **ENJOINED** from re-obligating funds used to support AAP's awards; and it is further

**ORDERED** that Defendants and their agents take all steps necessary to ensure that the Centers for Disease Control and Prevention and Health Resources and Service Administration disburse funds on AAP's awards in the customary manner and in customary timeframes; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and it is further

1

**ORDERED** that Defendants shall file a status report with the Court within 24 hours of this Order apprising the Court of the status of their compliance with this Order.

**SO ORDERED.**

Dated: _____, 2025          _____
                                         THE HON. _____
                                         UNITED STATES DISTRICT JUDGE