**AMERICAN ACADEMY**
**OF PEDIATRICS**
FINANCIAL STATEMENTS AND
REPORT OF INDEPENDENT
CERTIFIED PUBLIC ACCOUNTANTS

**JUNE 30, 2025 and 2024**

# C O N T E N T S

**Page**

REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS ....................................................... 1

FINANCIAL STATEMENTS

    STATEMENTS OF FINANCIAL POSITION............................................................................ 3

    STATEMENTS OF ACTIVITIES ………............................................................................ 4

    STATEMENTS OF FUNCTIONAL EXPENSES ................................................................ 5

    STATEMENTS OF CASH FLOWS.................................................................................... 7

    NOTES TO FINANCIAL STATEMENTS.......................................................................... 8



**Plante & Moran, PLLC**
10 South Riverside Plaza
9th floor
Chicago, IL 60606
Tel: 312.207.1040
Fax: 312.207.1066
plantemoran.com

**Independent Auditor's Report**

To the Board of Directors
American Academy of Pediatrics

## Report on the Audits of the Financial Statements

### Opinion

We have audited the financial statements of American Academy of Pediatrics (the "Academy"), which comprise the statements of financial position as of June 30, 2025 and 2024 and the related statements of activities, functional expenses, and cash flows for the years then ended, and the related notes to the financial statements.

In our opinion, the accompanying financial statements present fairly, in all material respects, the financial position of the Academy as of June 30, 2025 and 2024 and the changes in its net assets, functional expenses, and cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS) and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audits of the Financial Statements* section of our report. We are required to be independent of the Academy and to meet our ethical responsibilities in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Academy's ability to continue as a going concern within one year after the date that the financial statements are issued or available to be issued.

### Auditor's Responsibilities for the Audits of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and, therefore, is not a guarantee that audits conducted in accordance with GAAS and *Government Auditing Standards* will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.



1

To the Board of Directors
American Academy of Pediatrics

In performing audits in accordance with GAAS and *Government Auditing Standards*, we:

- Exercise professional judgment and maintain professional skepticism throughout the audits.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audits in order to design audit procedures that are appropriate in the circumstances but not for the purpose of expressing an opinion on the effectiveness of the Academy's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Academy's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audits, significant audit findings, and certain internal control-related matters that we identified during the audits.

**Other Reporting Required by *Government Auditing Standards***

In accordance with *Government Auditing Standards*, we have also issued our report dated September 24, 2025 on our consideration of American Academy of Pediatrics' internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts, grant agreements, and other matters. The purpose of that report is solely to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on the effectiveness of American Academy of Pediatrics' internal control over financial reporting or on compliance. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering American Academy of Pediatrics' internal control over financial reporting and compliance.

*Plante & Moran, PLLC*

September 24, 2025

**American Academy of Pediatrics**
**STATEMENTS OF FINANCIAL POSITION**

| | | 2025 | | 2024 |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Cash and cash equivalents | $ | 4,344,920 | $ | 4,341,718 |
| Receivables, net | | | | |
| Publications and supplements | | 693,137 | | 1,043,387 |
| Royalties | | 3,164,166 | | 2,688,632 |
| Advertising | | 326,480 | | 867,565 |
| Meetings | | 309,400 | | 186,175 |
| Other | | 986,779 | | 1,265,434 |
| Grants and pledges receivable, net of allowance | | 13,890,570 | | 14,981,796 |
| Publication inventories, net of reserve for obsolescence | | 1,386,594 | | 1,508,022 |
| Prepaid expenses | | 3,081,653 | | 3,696,127 |
| Investments | | 101,198,871 | | 97,757,637 |
| Property and equipment, net | | 44,129,929 | | 45,816,921 |
| Right to use asset, net | | 4,243,487 | | 4,522,376 |
| **TOTAL ASSETS** | **$** | **177,755,986** | **$** | **178,675,790** |
| | | | | |
| **LIABILITIES AND NET ASSETS** | | | | |
| Liabilities | | | | |
| Accounts payable, trade | $ | 1,499,291 | $ | 2,274,338 |
| Chapter dues payable | | 845,531 | | 699,623 |
| Accrued expenses | | 1,901,310 | | 3,931,945 |
| Accrued salary and related expense | | 11,345,866 | | 12,017,720 |
| Deferred revenues | | | | |
| Membership dues | | 13,587,035 | | 13,683,397 |
| Pediatrics subscription fees | | 5,205,183 | | 5,081,493 |
| Pediatrics in Review subscriptions fees and Pediatrics Review and Education Program enrollment fees | | 2,177,762 | | 2,668,782 |
| Contracts and grants | | 188,855 | | 844,954 |
| Meetings | | 4,607,904 | | 4,086,169 |
| Other | | 2,439,912 | | 2,238,617 |
| Refundable advances | | 435,085 | | 295,357 |
| Annuity payment liability | | 15,599 | | 14,718 |
| Capital lease obligations | | 187,575 | | 119,703 |
| Lease liability | | 4,304,650 | | 4,705,388 |
| Building loan payable | | 36,200,000 | | 37,600,000 |
| **TOTAL LIABILITIES** | | **84,941,558** | | **90,262,204** |
| Net assets | | | | |
| Without donor restrictions | | | | |
| Board designated | | | | |
| Sections | | 4,806,176 | | 5,158,203 |
| Friends of Children | | 589,051 | | 2,665,611 |
| Strategic Endowment | | 12,484,236 | | 11,496,573 |
| Tomorrow's Children Endowment | | 5,375,058 | | 2,619,225 |
| Undesignated | | 40,936,722 | | 48,653,432 |
| Total without donor restrictions | | 64,191,243 | | 70,593,044 |
| With donor restrictions | | 28,623,185 | | 17,820,542 |
| **TOTAL NET ASSETS** | | **92,814,428** | | **88,413,586** |
| | | | | |
| **TOTAL LIABILITIES AND NET ASSETS** | **$** | **177,755,986** | **$** | **178,675,790** |

The accompanying notes are an integral part of these statements.          3

**American Academy of Pediatrics**
**STATEMENTS OF ACTIVITIES**
**Years ended June 30, 2025 and 2024**

| | 2025 | | | 2024 | | |
|---|---|---|---|---|---|---|
| | Without donor restrictions | With donor restrictions | Total | Without donor restrictions | With donor restrictions | Total |
| **Revenue, gains and other support:** | | | | | | |
| Membership dues | $ 25,790,235 | $ - | $ 25,790,235 | $ 26,210,319 | $ - | $ 26,210,319 |
| NCE and meetings | 7,801,847 | | 7,801,847 | 8,666,578 | | 8,666,578 |
| Contributions and grants | 28,541,964 | 19,833,191 | 48,375,155 | 38,982,402 | 11,439,865 | 50,422,267 |
| Advertising | 6,347,275 | | 6,347,275 | 6,482,051 | | 6,482,051 |
| Royalties | 3,815,578 | | 3,815,578 | 5,496,107 | | 5,496,107 |
| Manuals and publications | 9,440,467 | | 9,440,467 | 9,271,115 | | 9,271,115 |
| Subscriptions | 18,140,545 | | 18,140,545 | 17,949,422 | | 17,949,422 |
| Continuing education | 12,817,517 | | 12,817,517 | 12,158,377 | | 12,158,377 |
| Investment income | 2,039,751 | 142,085 | 2,181,836 | 2,110,324 | 129,516 | 2,239,840 |
| Release from restrictions | 9,701,542 | (9,701,542) | - | 6,823,800 | (6,823,800) | - |
| Other income | 2,215,383 | | 2,215,383 | 2,260,868 | | 2,260,868 |
| **Total revenue, gains and other support** | 126,652,104 | 10,273,734 | 136,925,838 | 136,411,363 | 4,745,581 | 141,156,944 |
| **Expenses:** | | | | | | |
| Salaries | 62,477,722 | | 62,477,722 | 58,105,855 | | 58,105,855 |
| Temporary help | | | - | 86,997 | | 86,997 |
| Fringe benefits | 19,257,126 | | 19,257,126 | 19,729,954 | | 19,729,954 |
| Meetings | 4,652,044 | | 4,652,044 | 4,569,723 | | 4,569,723 |
| Travel | 4,116,534 | | 4,116,534 | 4,387,038 | | 4,387,038 |
| Meals | 3,154,481 | | 3,154,481 | 3,629,062 | | 3,629,062 |
| Printing and promotion | 6,664,930 | | 6,664,930 | 6,297,834 | | 6,297,834 |
| Postage and freight | 1,770,494 | | 1,770,494 | 1,693,178 | | 1,693,178 |
| Software | 3,162,131 | | 3,162,131 | 2,910,695 | | 2,910,695 |
| Professional services | 4,350,702 | | 4,350,702 | 4,512,883 | | 4,512,883 |
| Building and utilities | 5,562,656 | | 5,562,656 | 5,652,494 | | 5,652,494 |
| Supplies | 1,489,090 | | 1,489,090 | 814,816 | | 814,816 |
| Support of other organizations | 192,762 | | 192,762 | 237,947 | | 237,947 |
| Commissions | 686,803 | | 686,803 | 727,466 | | 727,466 |
| Honoraria | 3,411,306 | | 3,411,306 | 3,338,436 | | 3,338,436 |
| Consultant | 6,935,352 | | 6,935,352 | 7,339,041 | | 7,339,041 |
| Bank charges | 1,348,111 | | 1,348,111 | 1,376,546 | | 1,376,546 |
| Grants made | 2,224,671 | | 2,224,671 | 4,713,485 | | 4,713,485 |
| Subcontracts | 5,097,759 | | 5,097,759 | 8,307,603 | | 8,307,603 |
| Interest | 1,728,712 | | 1,728,712 | 1,962,538 | | 1,962,538 |
| Miscellaneous | 594,348 | | 594,348 | 741,339 | | 741,339 |
| **Total expenses** | 138,877,734 | - | 138,877,734 | 141,134,930 | - | 141,134,930 |
| **Change in net assets due to operations** | (12,225,630) | 10,273,734 | (1,951,896) | (4,723,567) | 4,745,581 | 22,014 |
| Loss on disposal of equipment | - | - | - | (254,519) | - | (254,519) |
| Net realized and unrealized gain | 5,823,829 | 528,909 | 6,352,738 | 8,655,708 | 551,886 | 9,207,594 |
| **Changes in net assets** | (6,401,801) | 10,802,643 | 4,400,842 | 3,677,622 | 5,297,467 | 8,975,089 |
| Beginning net assets | 70,593,044 | 17,820,542 | 88,413,586 | 66,915,422 | 12,523,075 | 79,438,497 |
| Ending net assets | $ 64,191,243 | $ 28,623,185 | $ 92,814,428 | $ 70,593,044 | $ 17,820,542 | $ 88,413,586 |

The accompanying notes are an integral part of these statements.

4

**American Academy of Pediatrics**
**STATEMENT OF FUNCTIONAL EXPENSES**
**Year ended June 30, 2025**

| | Education activities | Educational publishing | Child health activities | Membership | Advocacy | Research | Program sub-total | Management and general | Fundraising | Supporting sub-total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total expenses** | | | | | | | | | | | |
| Salaries and fringe benefits | $ 6,369,306 | $ 19,654,143 | $ 28,649,419 | $ 2,103,755 | $ 4,240,194 | $ 2,824,081 | **$ 63,840,898** | $ 15,317,489 | $ 2,576,461 | **$ 17,893,950** | $ 81,734,848 |
| Travel, meals and meetings | 5,838,233 | 587,663 | 4,123,504 | 160,246 | 349,757 | 100,047 | **11,159,450** | 715,837 | 47,772 | **763,609** | 11,923,059 |
| Printing, promotion, postage and freight | 97,318 | 4,872,941 | 170,202 | 350,291 | 4,666 | 70,265 | **5,565,681** | 2,769,682 | 100,061 | **2,869,743** | 8,435,424 |
| Professional services, consulting and subcontracts | 722,492 | 4,868,366 | 7,624,772 | | 218,044 | 247,359 | **13,681,033** | 2,653,354 | 49,426 | **2,702,780** | 16,383,813 |
| Building, depreciation, interest and software | 349,310 | 301,921 | 68,281 | 69,657 | 1,013,011 | 3,015 | **1,805,195** | 8,623,838 | 24,466 | **8,648,304** | 10,453,499 |
| Other expenses | 1,397,371 | 606,694 | 3,551,140 | 873,946 | 269,272 | 161,374 | **6,859,797** | 3,067,438 | 19,856 | **3,087,294** | 9,947,091 |
| Facilities allocation | 354,245 | 968,753 | 1,294,080 | 108,442 | 151,819 | 137,360 | **3,014,699** | (3,115,914) | 101,215 | **(3,014,699)** | - |
| Information technologies allocation | 919,657 | 2,514,980 | 3,359,564 | 281,528 | 394,139 | 356,602 | **7,826,470** | (8,089,228) | 262,758 | **(7,826,470)** | - |
| **Total expenses** | $ 16,047,932 | $ 34,375,461 | $ 48,840,962 | $ 3,947,865 | $ 6,640,902 | $ 3,900,103 | **$ 113,753,223** | $ 21,942,496 | $ 3,182,015 | **$ 25,124,511** | $ 138,877,734 |

The accompanying notes are an integral part of these statements.

**American Academy of Pediatrics**
**STATEMENT OF FUNCTIONAL EXPENSES**
**Year ended June 30, 2024**

| | Education activities | Educational publishing | Child health activities | Membership | Advocacy | Research | Program sub-total | Management and general | Fundraising | Supporting sub-total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total expenses** | | | | | | | | | | | |
| Salaries and fringe benefits | $ 6,368,215 | $ 18,934,509 | $ 27,328,705 | $ 2,103,294 | $ 3,593,774 | $ 2,902,610 | **$ 61,231,107** | $ 14,372,999 | $ 2,318,700 | **$ 16,691,699** | $ 77,922,806 |
| Travel, meals and meetings | 6,506,981 | 702,563 | 4,009,966 | 209,054 | 372,543 | 90,082 | **11,891,189** | 656,391 | 38,243 | **694,634** | 12,585,823 |
| Printing, promotion, postage and freight | 144,737 | 4,709,901 | 233,194 | 272,185 | 6,669 | 86,670 | **5,453,356** | 2,411,117 | 126,539 | **2,537,656** | 7,991,012 |
| Professional services, consulting and subcontracts | 512,285 | 4,023,685 | 12,036,661 | 98,006 | 953,575 | 261,897 | **17,886,109** | 2,248,933 | 24,486 | **2,273,419** | 20,159,528 |
| Building, depreciation, interest and software | 469,990 | 342,343 | 87,916 | 17,844 | 786,781 | 3,451 | **1,708,325** | 8,792,920 | 24,482 | **8,817,402** | 10,525,727 |
| Other expenses | 1,360,026 | 664,689 | 6,154,815 | 922,243 | 162,196 | 163,400 | **9,427,369** | 2,419,163 | 103,502 | **2,522,665** | 11,950,034 |
| Facilities allocation | 363,419 | 993,839 | 1,327,591 | 111,251 | 155,751 | 140,918 | **3,092,768** | (3,196,602) | 103,834 | **(3,092,768)** | - |
| Information technologies allocation | 838,306 | 2,292,512 | 3,062,385 | 256,624 | 359,274 | 325,058 | **7,134,159** | (7,373,675) | 239,516 | **(7,134,159)** | - |
| **Total expenses** | $ 16,563,959 | $ 32,664,041 | $ 54,241,233 | $ 3,990,501 | $ 6,390,563 | $ 3,974,086 | **$ 117,824,382** | $ 20,331,246 | $ 2,979,302 | **$ 23,310,548** | $ 141,134,930 |

The accompanying notes are an integral part of these statements.

**American Academy of Pediatrics**
**STATEMENTS OF CASH FLOWS**
**Years ended June 30, 2025 and 2024**

|  | 2025 | 2024 |
|---|---|---|
| Cash flows from operating activities |  |  |
| Change in net assets | $  4,400,842 | $  8,975,089 |
| Adjustments to reconcile increase in net assets to |  |  |
| net cash and cash equivalents used in operating activities |  |  |
| Depreciation and amortization | 2,151,887 | 3,449,171 |
| Loss on disposal of equipment |  | 254,519 |
| Provision for bad debt expense | (30,800) | 15,393 |
| Net realized and unrealized gains on investments | (6,352,738) | (9,207,594) |
| Contributions restricted for long term purposes | (215,914) | (93,957) |
| Change in assets and liabilities |  |  |
| Receivables | 1,693,256 | (5,452,251) |
| Publication inventories | 121,429 | 88,963 |
| Prepaid expenses | 614,474 | (634,496) |
| Accounts payable, trade | (775,047) | (401,488) |
| Accrued expenses | (2,030,635) | 1,924,481 |
| Accrued salary and related expenses | (671,854) | 613,402 |
| Deferred revenues | (396,762) | (2,090,242) |
| Refundable advances | 139,728 | 109,854 |
| Annuity payment liability | 881 | (483) |
| Right to use lease liability | (400,738) | (1,687,402) |
| Net cash and cash equivalents used in operating activities | (1,751,991) | (4,137,041) |
| Cash flows from investing activities |  |  |
| Purchases of property and equipment | (49,471) | (107,521) |
| Proceeds from maturities and sales of investments | 46,604,920 | 48,445,973 |
| Purchases of investments | (43,693,416) | (44,204,832) |
| Net cash and cash equivalents provided by investing activities | 2,862,033 | 4,133,620 |
| Cash flows from financing activities |  |  |
| Contributions restricted for long term purposes | 215,914 | 93,957 |
| Cash received on behalf of chapters | 5,799,721 | 5,511,584 |
| Cash remitted to chapters | (5,653,814) | (5,638,654) |
| Cash payment on long term loan | (1,400,000) | (1,400,000) |
| Principal payments on capital lease obligations | (68,661) | (69,145) |
| Net cash and cash equivalents used in financing activities | (1,106,840) | (1,502,258) |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | 3,202 | (1,505,679) |
| Cash and cash equivalents at beginning of year | 4,341,718 | 5,847,397 |
| Cash and cash equivalents at end of year | $  4,344,920 | $  4,341,718 |
| Supplemental schedules of non-cash financing activities |  |  |
| Right to use asset obtained in exchange for new lease liabilities | $  136,533 | $  117,074 |
| Interest paid on long term loan | $  1,714,220 | $  1,957,017 |

The accompanying notes are an integral part of these statements.

7

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

## NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES

### *Nature of Business*

The mission of the American Academy of Pediatrics (the Academy) is to obtain optimal physical, mental and social health and well-being for all infants, children, adolescents, and young adults. The Academy seeks to promote this goal by encouraging and assisting its members in their efforts to meet the overall health needs of infants, children, adolescents and young adults, by providing support and counsel to parents and other members of the public concerned with the health, safety and well-being of infants, children, adolescents and young adults, their growth and development, and by serving as an advocate for infants, children, adolescents and young adults and their families within the community at large. The Academy pledges its efforts and expertise to a fundamental goal – that all children and youth have the opportunity to grow up safe and strong, with faith in the future and in themselves.

The financial statements of the Academy have been prepared in accordance with accounting principles generally accepted in the United States of America (US GAAP). A summary of significant accounting policies follows.

### *Use of Estimates*

The preparation of financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements. Estimates also affect the reported amounts of revenues and expenses during the reporting period. Although estimates are considered to be fairly stated at the time the estimates are made, actual results could differ.

### *Classification of Net Assets*

Net assets of the Academy are classified as without donor restrictions or with donor restriction depending on the presence and characteristics of donor-imposed restrictions limiting the Academy's ability to use or dispose of contributed assets or the economic benefits embodied in those assets.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

### NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued

Accordingly, net assets of the Academy are reported as follows:

**_Net assets without donor restriction_s:** Net assets that are not subject to donor-imposed restrictions and may be expended for any purpose in performing the primary objectives of the Academy. These net assets may be used at the discretion of the Academy's management and the Executive Committee of the Board of Directors (the Executive Committee). These include any designated amounts the Executive Committee has set aside for a particular purpose. The Executive Committee has resolved that the Academy shall maintain certain operating fund balances as follows:

> *Sections Fund* - Sections are subspecialty medical groups of the Academy. Certain amounts are designated to be used by various sections based on section dues collected and budgeted and actual expenditures.

> *Friends of Children Fund* - Represents amounts designated for Friends of Children Fund that have not yet been expended.

> *Strategic Endowment Fund* – Represents amounts designated for strategic Academy initiatives.

> *Tomorrow's Children Endowment Fund* - Represents amounts designated as Tomorrow's Children Fund Endowment.

**_Net assets with donor restrictions_:** Net assets subject to stipulations imposed by donors and grantors. Some donor restrictions are temporary in nature; those restrictions will be met by actions of the Academy or by the passage of time. Other donor restrictions are perpetual in nature, whereby the donor has stipulated the funds be maintained in perpetuity.

Donor restricted contributions are reported as increases in net assets with donor restrictions. When a restriction expires, net assets are reclassified from net assets with donor restrictions to net assets without donor restrictions in the statements of activities.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

### NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued

#### Cash and Cash Equivalents

Cash and cash equivalents include all highly liquid investments with maturities of three months or less when purchased. Substantially all of the Academy's cash, which exceeds federally insured limits, is deposited in one financial institution.

#### Receivables

Receivables are amounts due from members and customers, net of allowances for uncollectible amounts. The Academy determines its allowance for credit losses by considering a number of factors, including the length of time accounts receivable are past due, the Academy's previous collection history, the member or customer's current ability to pay its obligation to the Academy, and the condition of the general economy as a whole.

The Academy operates in the nonprofit industry and its accounts receivable are derived from organizations across a broad range of industries from large medical corporations to private practitioners. Based on the broad range of customers served, the risk characteristics are primarily assessed at the type of transaction level. For instance, assessment for credit loss is performed over exhibit, product, subscriptions, advertising, and royalty revenue based on the expected loss model disclosed below. Among those revenue streams, one overarching risk characteristic is not prevalent. The Academy calculates the allowance using an expected loss model that considers the Academy's actual historical loss rates adjusted for current economic conditions and reasonable and supportable forecasts. The Academy considers past historical collection trends, number of days past due when receivables are collected, and future micro- and macroeconomic considerations when adjusting for reasonable and supportable forecasts. Uncollectible amounts are written off against the allowance for credit losses in the period they are determined to be uncollectible. Recoveries of amounts previously written off are recognized when received. The allowance for credit losses on accounts receivable balances was $21,400 and $29,200 at June 30 2025 and 2024, respectively.

#### Grants and Pledge Receivables

Grants and pledges receivable are composed primarily of cost-reimbursable federal, state, foundation, and corporate grants as well as corporate pledges, which support academy activities. Contributions expected to be received over more than one year are recorded by the Academy as pledges receivable at fair value, as measured by the present value of future cash flows. The Academy has not recorded an allowance on doubtful grant receivables since it is the opinion of management that those receivables are collectible in full. The allowance for credit losses on pledge receivable balances was $0 and $23,000 at June 30, 2025 and 2024, respectively.

10

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

**NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued**

*Publication Inventories*

Publication inventories consist of program manuals and publications primarily held for resale or use in educational programs. Inventories are recorded on the FIFO method at lower of cost or net realizable value.

*Prepaid Expenses*

Costs incurred for meetings and educational programs to be held in subsequent fiscal years are deferred and expensed in the years to which they apply.

*Investments*

Investments are measured at fair value in the accompanying statements of financial position. Net realized gains or losses on sales of securities are based on first-in, first-out (FIFO) cost. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Management considers gains and losses on investments, both realized and unrealized, as nonoperating income or expense. These gains and losses are segregated from operating revenues and expenses on the statements of activities.

The Academy's investments are exposed to various risks, such as interest rates, credit and overall market volatility. Due to these risk factors, it is reasonably possible that changes in the value of investments could occur in the near future and materially affect the amounts reported in the financial statements.

*Property and Equipment*

Property and equipment are stated at cost, less accumulated depreciation computed on the straight-line method over the useful lives of the assets ranging from 3 to 40 years. Amortization on assets under capital lease is included with depreciation expense on owned assets. Amortization on these assets is computed over the life of the lease. Leasehold improvements are amortized over the shorter of the lease or the useful life of the improvements.

*Revenue and Revenue Recognition for Contracts with Customers*

The Academy recognizes revenue under contracts with customers from membership dues, nonmember subscription fees, manuals and publications, and other income sources.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

### NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued

For each revenue stream identified above, revenue recognition is subject to the completion of performance obligations. For each contract with a customer, the Academy determined whether the performance obligations in the contracts are distinct or should be bundled. Factors to be considered include the pattern of transfer, whether members or customers (customers) can benefit from the resources, and whether the resources are readily available. The Academy also performs an analysis to determine if any part of the contract constitutes separate performance obligations. The Academy's revenue is recognized when a given performance obligation is satisfied, either over a period of time or at a given point in time. The Academy recognizes the revenue over a period of time if the customer receives and consumes the benefits that the Academy provided, or if the Academy's performance does not create an asset with an alternative use and has an enforceable right to payment for the performance. The revenue is recognized at a given point in time when the control of the goods or service is transferred to the customer and when the customer can direct its use and obtain substantial benefit from the goods.

In some situations, the Academy collects cash prior to the satisfaction of the performance obligation, which results in the Academy recognizing deferred revenue. Total deferred revenue related to exchange revenue was $28,017,795 and $27,758,458 as of June 30, 2025 and 2024, respectively. Total deferred revenue related to exchange revenue as of July 1, 2023 was $28,518,296.

Total receivables related to exchange revenue were $5,479,962 and $6,051,193 as of June 30, 2025 and 2024, respectively. Total receivables related to exchange revenue as of July 1, 2023 were $6,984,487.

The transaction price is calculated as the amount of consideration to which the Academy expects to be entitled. Payment is typically expected at the point of sale. In some situations, such as meetings and continued education courses, the Academy bills customers and collects payment prior to the satisfaction of the performance obligation, which results in the Academy recognizing contract liabilities upon receipt of payment.

Performance obligations related to each revenue stream are detailed below.

*Membership Dues* – The Academy bills membership dues on anniversary dates. Billings are due upon receipt. Membership dues are recognized as revenue over the 12-month membership period, representing the period over which the Academy satisfies the performance obligation.

*Subscription Fees* – The Academy produces and sells the periodical PEDIATRICS, which covers a 12-month period and is billed on their respective subscription anniversary dates. The fees are deferred and recognized as revenue over the subscription period.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

### NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued

*Manuals and Publications* – The Academy generates revenue from a multitude of manuals and publications it produces. Shipping terms are FOB destination and revenue is recognized when orders have been delivered.

*Other Income* – The Academy generates revenue from other activities including meeting fees, advertising revenue, royalties, and continuing education courses. Revenue is recognized in the period in which services are rendered.

#### *Contributions and Grant Revenue*

The Academy recognizes contributions when cash, securities or other assets; an unconditional promise to give; or a notification of a beneficial interest is received. Conditional promises to give - that is, those with a measurable performance or other barrier and a right of return - are not recognized until the conditions on which they depend have been met. Consequently, at June 30, 2025, June 30, 2024, and July 1, 2023, contributions approximating $833,085, $799,357, and $619,203 respectively, have not been recognized in the Academy's statement of activities because the condition(s) on which they depend has not yet been met. There were advanced payments of $435,085, $295,357, and $185,503 recognized in the statement of financial position as refundable advances as of June 30, 2025, June 30, 2024, and July 1, 2023, respectively.

Contribution and grant revenue consist of cost-reimbursable federal, state, foundation, and corporate grants, which are conditioned upon certain performance requirements and/ or the incurrence of allowable qualifying expenses. Amounts received are recognized as revenue when the Academy has incurred expenditures in compliance with specific grant provisions. Amounts that have been awarded but not yet recognized as revenue are treated as conditional contributions and are not reflected in the accompanying financial statements. As of June 30, 2025, June 30, 2024, and July 1, 2023, the Academy is eligible to receive and recognize $11,839,346, $17,694,005, and $23,831,649, respectively, of these conditional contributions upon the occurrence of future qualifying expenses. There were advanced payments of $188,855, $844,954, and $2,175,358 recognized in the statement of financial position as deferred contracts and grants as of June 30, 2025, June 30, 2024, and July 1, 2023, respectively.

13

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

## NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued

### Income Taxes

The Academy is a not-for-profit Illinois corporation organized exclusively for charitable, scientific and educational purposes and has received a favorable determination letter from the Internal Revenue Service stating that it is exempt from income tax under Section 501(c)(3) of the Internal Revenue Code (IRC). The Academy has been classified as an organization that is not a private foundation, as defined in Section 509(a) of the IRC. As such, the Academy is only subject to taxation on its unrelated business income less related expenses under Section 512 of the IRC.

The Academy's unrelated business income results from advertising revenue and other non-member revenue. For the years ended June 30, 2025 and 2024, the Academy's unrelated business expenses exceeded unrelated business income. As a result, no provision for income taxes is necessary.

Management has analyzed the tax positions taken by the Academy and has concluded that as of June 30, 2025, there are no uncertain positions taken or expected to be taken that would require recognition of a liability or disclosure in the financial statements.

### Functional Expenses

The costs of providing programs and other activities have been summarized on a functional basis in the statements of activities. Accordingly, certain costs have been allocated among programs and supporting services benefited. Such allocations are determined by management on an equitable basis.

Depreciation, facilities and informational technology expenses are allocated utilizing employee headcount.

### Leases

The Academy has operating leases as described in Note I. The Academy recognizes expense for operating leases on a straight-line basis over the lease term. The Academy has made a policy election not to separate lease and nonlease components for the leases described in Note I. Therefore, all payments are included in the calculation of the right-of-use asset and lease liability.

The Academy has elected to use the risk-free rate as the discount rate for calculating the right-of-use asset and lease liability in place of the incremental borrowing rate for the leases described in Note I.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

## NOTE A - NATURE OF BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES – Continued

*Reclassification*

To better align the revenue sources and types of agreements, the Academy made changes to the presentation of contribution and grant revenue during the year ending June 30, 2025. To conform with the 2025 presentation, the statement of financial position as of June 30, 2024, combined grants receivable with pledge receivable, net of allowance. The statement of activities for the year ended June 30, 2024, combined contribution revenue with grant revenue.

*Subsequent Events*

The Academy has evaluated subsequent events through September 24, 2025, the date the financial statements were available to be issued. The Academy is not aware of any subsequent events that would require recognition or disclosure in the financial statements.

## NOTE B – GRANTS AND PLEDGES RECEIVABLE

Unconditional promises to give to the Academy are recorded as grants and pledges receivable at fair value based upon discounted estimated future cash flows, net of the allowance for uncollectible accounts. The discount rates for the years ended June 30, 2025 and 2024 ranged from 0% to 2.54% and 1.72% to 2.54%, respectively.

Grants and pledges receivable as of June 30, 2025 and 2024 include the following:

|  | 2025 | 2024 |
|---|---|---|
| Grants and pledges receivable due in: |  |  |
| Less than one year | $ 12,391,541 | $ 14,327,138 |
| One year to five years | 1,499,029 | 678,838 |
|  | 13,890,570 | 15,005,976 |
| Less allowance | - | (23,000) |
| Less unamortized discount | - | (1,180) |
| Grants and pledges receivable, net | $ 13,890,570 | $ 14,981,796 |

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

**NOTE C – FAIR VALUE MEASUREMENTS**

Accounting standards require certain assets and liabilities be reported at fair value in the financial statements and provide a framework for establishing that fair value. The framework for determining fair value is based on a hierarchy that prioritizes the valuation techniques and inputs used to measure fair value.

The following tables present information about the Academy's assets measured at fair value on a recurring basis at June 30, 2025 and 2024, and the valuation techniques used by the Academy to determine those fair values.

Fair values determined by Level 1 inputs use quoted prices in active markets for identical assets or liabilities that the Academy has the ability to access. Fair values of the Academy's money market funds, corporate bond funds, equity securities and other mutual funds were based on quoted market prices.

Fair values determined by Level 2 inputs use other inputs that are observable, either directly or indirectly. These Level 2 inputs include quoted prices for similar assets and liabilities in active markets, and other inputs such as interest rates and yield curves that are observable at commonly quoted intervals. The Academy uses no Level 2 inputs.

Fair values determined by Level 3 inputs are unobservable inputs, including inputs that are available in situations where there is little, if any, market activity for the related asset. These Level 3 fair value measurements are based primarily on management's own estimates using pricing models, discounted cash flow methodologies, or similar techniques taking into account the characteristics of the asset. The Academy uses no Level 3 inputs.

In instances where inputs used to measure fair value fall into different levels of the fair value hierarchy, fair value measurements in their entirety are categorized based on the lowest level input that is significant to the valuation. The Academy's assessment of the significance of particular inputs to these fair value measurements requires judgment and considers factors specific to each asset or liability.

The following tables set forth by level, within the fair value hierarchy, the Academy's financial assets that were accounted for at fair value on a recurring basis as of June 30, 2025 and 2024. As required by US GAAP, assets and liabilities are classified in their entirety based on the lowest level of input that is significant to the fair value measurement. The Academy's assessment of the significance of a particular input to the fair value measurement requires judgment and may affect their placement within the fair value hierarchy levels.

16

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

## NOTE C - FAIR VALUE MEASUREMENTS – Continued

| | | | Fair Value Measurements as of Reporting Date | | |
| | | | Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| Description | 2025 | Fair Value | | | |
|---|---|---|---|---|---|
| Money market funds | | $ 7,768,679 | $ 7,768,679 | $ - | $ - |
| Fixed income securities | | | | | |
| Long term bonds | | 3,575,578 | 3,575,578 | | |
| Intermediate term bonds | | 2,341,189 | 2,341,189 | | |
| Short term bonds | | 12,459,778 | 12,459,778 | | |
| Fixed income blend | | 104,340 | 104,340 | | |
| Equity securites | | | | | |
| U.S. large cap growth | | 30,526,863 | 30,526,863 | | |
| U.S. large cap value | | 19,134,060 | 19,134,060 | | |
| U.S. small/mid-cap growth | | 1,235,571 | 1,235,571 | | |
| U.S. small/mid-cap value | | 4,289,279 | 4,289,279 | | |
| International | | 17,941,276 | 17,941,276 | | |
| Equities blend | | 1,808,218 | 1,808,218 | | |
| Real estate | | 14,040 | 14,040 | | |
| Total recurring assets | | $ 101,198,871 | $ 101,198,871 | $ - | $ - |

| | | | Fair Value Measurements as of Reporting Date | | |
| | | | Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| Description | 2024 | Fair Value | | | |
|---|---|---|---|---|---|
| Money market funds | | $ 1,991,292 | $ 1,991,292 | $ - | $ - |
| Fixed income securities | | | | | |
| Long term bonds | | 16,332,068 | 16,332,068 | | |
| Intermediate term bonds | | 9,540,195 | 9,540,195 | | |
| Short term bonds | | 10,444,087 | 10,444,087 | | |
| Fixed income blend | | 89,385 | 89,385 | | |
| Equity securites | | | | | |
| U.S. large cap growth | | 25,209,711 | 25,209,711 | | |
| U.S. large cap value | | 14,497,063 | 14,497,063 | | |
| U.S. small/mid-cap growth | | 1,548,036 | 1,548,036 | | |
| U.S. small/mid-cap value | | 3,252,380 | 3,252,380 | | |
| International | | 14,407,612 | 14,407,612 | | |
| Equities blend | | 435,836 | 435,836 | | |
| Real estate | | 9,972 | 9,972 | | |
| Total recurring assets | | $ 97,757,637 | $ 97,757,637 | $ - | $ - |

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

## NOTE D - PROPERTY AND EQUIPMENT

Property and equipment as of June 30, 2025 and 2024 consists of the following:

|  | 2025 | 2024 |
|---|---|---|
| Land and improvements | $ 11,867,705 | $ 11,867,705 |
| Building and improvements | 31,419,969 | 31,419,969 |
| Building equipment | 6,582,990 | 6,582,990 |
| Office equipment | 15,469,344 | 15,437,039 |
| Furniture and fixtures | 8,016,495 | 7,967,023 |
| Construction in progress |  | 32,306 |
| Total property and equipment | 73,356,503 | 73,307,032 |
| Less accumulated depreciation | (29,226,574) | (27,490,111) |
| Property and equipment, net | $ 44,129,929 | $ 45,816,921 |

## NOTE E - AGENCY FUND

Chapter dues are billed and collected by the Academy on behalf of many of its chapters and subsequently remitted to the respective chapters. Cash includes chapter dues collected, but not yet remitted, of $845,531 and $699,623 as of June 30, 2025 and 2024, respectively.

## NOTE F - ENDOWMENT

Endowment

The Academy's endowment consists of 34 individual funds established for a variety of purposes. Its endowment includes both donor-restricted endowment funds and funds designated by the Board of Directors (the Board) to function as endowments. As required by US GAAP, net assets associated with endowment funds, including funds designated by the Board to function as endowments, are classified and reported based on the existence or absence of donor-imposed restrictions.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

**NOTE F – ENDOWMENT – Continued**

Interpretation of Relevant Law

The Academy is subject to the State of Illinois' Prudent Management of Institutional Funds Act (SPMIFA) and, thus, classifies amounts in its donor-restricted endowment funds as net assets with donor restrictions because those net assets are time restricted until the Board appropriates such amounts for expenditures. Most of those net assets also are subject to purpose restrictions that must be met before reclassifying those net assets to net assets without donor restrictions. The Board of the Academy had interpreted SPMIFA as not requiring the maintenance of purchasing power of the original gift amount contributed to an endowment fund, unless a donor stipulates the contrary. As a result of this interpretation, when reviewing its donor-restricted endowment funds, the Academy considers a fund to be underwater if the fair value of the fund is less than the sum of (a) the original value of initial and subsequent gift amounts donated to the fund, and (b) any accumulations to the fund that are required to be maintained in perpetuity in accordance with the direction of the applicable donor gift instrument. The Academy has interpreted SPMIFA to permit spending from underwater funds in accordance with the prudent measures required under the law. Additionally, in accordance with SPMIFA, the Academy considers the following factors in making a determination to appropriate or accumulate donor-restricted endowment funds:

1. The duration and preservation of the fund
2. The purposes of the donor-restricted endowment funds
3. General economic conditions
4. The expected total return from income and the appreciation of investments
5. Other resources of the Academy
6. The investment policies of the Academy

Return Objectives and Risk Parameters

The Academy has adopted investment and spending policies for endowment assets that attempt to provide a predictable stream of funding to programs. Endowment assets include those assets of donor-restricted funds that the Academy must hold in perpetuity or for a donor-specified period(s) as well as board-designated funds. Under this policy, as approved by the Board, the endowment assets are invested in a manner that is intended to produce results that exceed the price and yield results of the S&P 500 index while assuming a moderate level of investment risk. The Academy expects its endowment funds, over time, to provide an average rate of return of approximately 6 percent annually. Actual returns in any given year may vary from this amount.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

**NOTE F – ENDOWMENT – Continued**

Spending Policy and How the Investment Objectives Relate to Spending Policy

The Academy has a policy of appropriating for distribution each year no greater than 5 percent of its endowment fund's fair value over the prior 4 quarters through the calendar year-end preceding the fiscal year in which the distribution is planned.  In establishing this policy, the Academy considered the long-term expected rate of return on its endowment.  Accordingly, over the long term, the Academy expects the current spending policy to allow its endowment to grow an average of 1 percent annually.

Strategies Employed for Achieving Objectives

To satisfy its long-term rate-of-return objectives, the Academy relies on a total return strategy in which investment returns are achieved through both capital appreciation (realized and unrealized) and current yield (interest and dividends). The Academy targets a diversified asset allocation that places a greater emphasis on equity-based investments to achieve its long-term return objectives within prudent risk constraints.

Funds with Deficiencies

From time to time, the fair value of assets associated with individual donor-restricted endowment funds may fall below the level that the donor or SPMIFA requires the Academy to retain as a fund of perpetual duration.  As of June 30, 2025 and 2024, there were no funds with deficiencies.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

**NOTE F – ENDOWMENT – Continued**

The Academy's endowment net asset composition by type of fund as of June 30, 2025 and 2024 are as follows:

| | 2025 | | |
|---|---|---|---|
| | **Without Donor Restriction** | **With Donor Restriction** | **Total** |
| Board-designated endowment funds | $ 17,859,294 | $ - | $ 17,859,294 |
| Donor-restricted endowment funds | | | |
| Original donor-restricted gift amount and amounts required to be maintained in perpetuity | | 4,438,881 | 4,438,881 |
| Purpose or time restricted | | 2,445,906 | 2,445,906 |
| Total funds | $ 17,859,294 | $ 6,884,787 | $ 24,744,081 |

| | 2024 | | |
|---|---|---|---|
| | **Without Donor Restriction** | **With Donor Restriction** | **Total** |
| Board-designated endowment funds | $ 14,115,797 | $ - | $ 14,115,797 |
| Donor-restricted endowment funds | | | |
| Original donor-restricted gift amount and amounts required to be maintained in perpetuity | | 4,222,966 | 4,222,966 |
| Purpose or time restricted | | 1,889,241 | 1,889,241 |
| Total funds | $ 14,115,797 | $ 6,112,207 | $ 20,228,004 |

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

**NOTE F – ENDOWMENT – Continued**

Changes in endowment net assets for the year ended June 30, 2025 and 2024, are as follows:

| | 2025 | | |
|---|---|---|---|
| | **Without Donor Restriction** | **With Donor Restriction** | **Total** |
| Endowment net assets, beginning of year | $ 14,115,797 | $ 6,112,207 | $ 20,228,004 |
| Investment return: | | | |
| Investment income | 295,552 | 142,085 | 437,637 |
| Net appreciation (realized and unrealized) | 1,023,620 | 528,910 | 1,552,530 |
| Total investment return | 1,319,172 | 670,995 | 1,990,167 |
| Contributions | | 215,915 | 215,915 |
| Transfers designated by the board for endowment | 2,424,325 | | 2,424,325 |
| Appropriation of endowment assets for expenditure | | (114,330) | (114,330) |
| **Endowment net assets, end of year** | $ 17,859,294 | $ 6,884,787 | $ 24,744,081 |

| | 2024 | | |
|---|---|---|---|
| | **Without Donor Restriction** | **With Donor Restriction** | **Total** |
| Endowment net assets, beginning of year | $ 12,330,069 | $ 5,407,997 | $ 17,738,066 |
| Investment return: | | | |
| Investment income | 268,894 | 129,516 | 398,410 |
| Net appreciation (realized and unrealized) | 1,263,902 | 551,886 | 1,815,788 |
| Total investment return | 1,532,796 | 681,402 | 2,214,198 |
| Contributions | | 93,957 | 93,957 |
| Transfers designated by the board for endowment | 252,932 | | 252,932 |
| Appropriation of endowment assets for expenditure | | (71,149) | (71,149) |
| **Endowment net assets, end of year** | $ 14,115,797 | $ 6,112,207 | $ 20,228,004 |

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

## NOTE G – RESTRICTIONS ON NET ASSETS

Net assets with donor restrictions for the years ended June 30, 2025 and 2024 are as follows:

|  | 2025 | 2024 |
|---|---|---|
| Specific purpose: | | |
| Education activities | $ 1,770,505 | $ 1,965,003 |
| Educational publishing | 10,507,052 | 2,007,614 |
| Child health activities | 8,335,185 | 5,909,771 |
| Membership | 209,240 | 190,000 |
| Advocacy | 861,416 | 1,635,947 |
| Research | 5,000 | |
| Management & general | 50,000 | |
| Endowment investments: | | |
| Tomorrow's Children Endowment fund | 2,899,603 | 2,580,807 |
| Education activities | 219,445 | 212,009 |
| Child health activities | 3,469,668 | 3,049,808 |
| Membership | 296,071 | 269,583 |
| Net assets with donor restrictions | $ 28,623,185 | $ 17,820,542 |

Net assets released from net assets with donor restrictions for the years ended June 30, 2025 and 2024 are as follows:

|  | 2025 | 2024 |
|---|---|---|
| Satisfaction of purpose restrictions: | | |
| Education activities | $ 500,273 | $ 441,640 |
| Educational publishing | 3,358,523 | 1,879,399 |
| Child health activities | 4,571,211 | 2,528,205 |
| Membership | 203,004 | 261,640 |
| Advocacy | 1,018,531 | 1,712,916 |
| Management & general | 50,000 | |
| Net assets released with donor restrictions | $ 9,701,542 | $ 6,823,800 |

23

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

## NOTE H - RETIREMENT PLAN

The Academy maintains a defined contribution retirement plan covering substantially all full-time employees. The plan contains a 401(k) provision that allows employees to make contributions to the plan on a pretax basis, subject to limitations established by the IRC. The Academy contributes an amount equal to the participant's contributions, up to 3% of the participant's compensation $1 for $1 and an additional $.50 on the $1 for the contributions from 3% to 6%. In addition, the Academy may make discretionary contributions to the plan up to an amount equal to 5% to 10% of the aggregate annual compensation of all employees, less any forfeitures of nonvested employees' accounts.  The Academy made 3.5% and 7% discretionary contributions for the years ended June 30, 2025 and 2024 amounting to $1,962,935 and $3,582,388, respectively. Total Academy contributions for the years ended June 30, 2025 and 2024 were $4,338,959 and $5,818,275, respectively.

Effective October 1, 2008, the Academy adopted a 457(b) nonqualified deferred compensation plan. The Chief Officers, Senior Vice Presidents, Vice Presidents and employees in equivalent positions are eligible to defer compensation and receive employer discretionary contributions into the plan. All participant deferrals and employer credits are 100% vested immediately. Amounts under the 457(b) plan may only be distributed upon a qualifying distribution, which includes separation from service, death, disability or an unforeseeable emergency. Amounts attributed to the 457(b) deferred compensation plan are included on the Statement of Financial Position investments and accrued salary line items.

## NOTE I - LEASES

The Academy leases office space in Washington, D.C. under a noncancelable, renewable lease that expires in November 2033, classified as an operating lease. Rent expense is recognized on a straight-line basis. In addition to monthly rental payments, the Academy must also pay its proportionate share of real estate taxes and common-area maintenance expenses (CAM) on the leased space.

The Academy has leasehold interest on certain office equipment under agreements that expire at various dated through February 2029, classified as financing leases.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

**NOTE I – LEASES - Continued**

Components of lease costs for the years ended June 30, 2025 and 2024 are summarized as follows:

|  | 2025 | 2024 |
|---|---|---|
| Financing lease cost | $ 695,988 | $ 661,506 |
| Amortization of right-of-use assets | (508,413) | (541,803) |
| Operating lease cost | 4,304,650 | 4,705,388 |
| Total lease cost | $ 4,492,225 | $ 4,825,091 |

Components of lease expense for the years ended June 30, 2025 and 2024 are summarized as follows:

|  | 2025 | 2024 |
|---|---|---|
| Financing lease expense |  |  |
| Amortization of right-of-use assets | $ 68,661 | $ 69,282 |
| Operating lease expense | 923,096 | 706,287 |
| Total lease expenses | $ 991,757 | $ 775,569 |

Supplemental information related to leases as of June 30, 2025 and 2024 are as follows:

|  | 2025 | 2024 |
|---|---|---|
| Weighted-average remaining lease term (in months) - Financing leases | 32 | 29 |
| Weighted-average remaining lease term (in months) - Operating leases | 101 | 113 |
| Weighted-average discount rate - Financing leases | 6.3% | 5.0% |
| Weighted-average discount rate - Operating leases | 4.1% | 4.1% |

25

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

## NOTE I – LEASES - Continued

The following is a schedule of the future minimum lease payments under the operating and financing leases, together with the present value of the net minimum lease payments as of June 30, 2025, included in the right to use asset, net and lease liability on the Statement of Financial Position:

| Years Ending June 30, | Financing Leases | Operating Leases |
|---|---|---|
| 2026 | $ 81,566 | $ 598,561 |
| 2027 | 77,535 | 613,530 |
| 2028 | 29,163 | 628,847 |
| 2029 | 19,442 | 636,667 |
| 2030 | | 564,929 |
| Thereafter | | 2,040,633 |
| Total minimum lease payments | $ 207,706 | $ 5,083,167 |
| Less: imputed interest | (20,131) | (778,517) |
| Future minimum lease payments | $ 187,575 | $ 4,304,650 |

The Academy also has various maintenance contracts on certain capital leases that are expensed monthly.

## NOTE J – DEBT

On February 20, 2015, the Academy entered into a term loan agreement with Huntington National Bank (formerly First Merit Bank) to borrow up to $15,000,000 to purchase land and begin construction. As of June 30, 2025 and 2024 $11,000,000 was borrowed and outstanding. The outstanding balance on this loan is secured by all assets of the Academy. The term loan matures 15 years from the closing of the second loan entered into with Huntington National Bank in June 2016. The term loan has converted to an $11,000,000 non-amortizing term loan with a 10-year maturity. The effective interest rate was 4.27 percent and 5.01 percent at June 30, 2025 and 2024, respectively. Under the agreement, the Academy is subject to various financial covenants. As of June 30, 2025 and 2024, the Academy complied with all financial covenants.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

**NOTE J – DEBT - Continued**

On June 23, 2016, the Academy entered into a second loan agreement with Huntington National Bank to borrow up to $35,000,000 for the construction of the new building.  As of June 30, 2025 and 2024, $25,200,000 and $26,600,000 was borrowed and outstanding, respectively.  The outstanding balance on this loan is secured by all assets of the Academy. The loan included a construction draw period of up to two years. The loan has converted to an amortizing term loan for the remainder of the 15 years from the closing of the loan.  The effective interest rate was 4.27 percent and 5.01 percent at June 30, 2025 and 2024, respectively.

The balance of the above debt matures as follows:

|  |  |  |
|---|---|---:|
| 2026 | $ | 1,400,000 |
| 2027 | | 1,400,000 |
| 2028 | | 1,400,000 |
| 2029 | | 1,400,000 |
| 2030 | | 1,400,000 |
| Thereafter | | 29,200,000 |
| Total | | $36,200,000 |

Interest expense was $1,714,220 and $1,957,017 for the years ended June 30, 2025 and 2024, respectively.

American Academy of Pediatrics
NOTES TO FINANCIAL STATEMENTS
Years Ended June 30, 2025 and 2024

---

## NOTE K – AVAILABILITY AND LIQUIDITY

The following table reflects the Academy's financial assets as of June 30, 2025 and 2024, reduced by amounts that are not available to meet general expenditures within one year of the statement of financial position date because of contractual restrictions or internal board designations.

|  | 2025 | 2024 |
|---|---|---|
| Financial assets at year-end: | | |
| Cash and cash equivalents | $    4,344,920 | $    4,341,718 |
| Publications and supplements receivable | 693,137 | 1,043,387 |
| Contracts and grants receivable | 13,890,570 | 14,981,796 |
| Royalties receivable | 3,164,166 | 2,688,632 |
| Advertising receivable | 326,480 | 867,565 |
| Meetings receivable | 309,400 | 186,175 |
| Other receivable | 986,779 | 1,265,434 |
| Investments | 101,198,871 | 97,757,637 |
| Total financial assets | 124,914,323 | 123,132,344 |
| Less amounts not available to be used within one year: | | |
| Contractual or donor-imposed | | |
| Receivable for restricted grants and gifts, net | 1,499,029 | 678,838 |
| Investments held in annuity trusts | 1,148,252 | 915,010 |
| Donor-imposed endowment net assets | 6,884,787 | 6,112,207 |
| Board-designated endowment net assets | 16,734,966 | 13,034,648 |
| Donor restricted net assets that are not expected to be spent within one year | 6,325,628 | 7,904,828 |
|  | 32,592,662 | 28,645,531 |
| Financial assets available to meet general expenditures over the next twelve months | $ 92,321,661 | $ 94,486,813 |

The Academy has a policy to structure its financial assets to be available as its general expenditures, liabilities, and other obligations come due.