UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 25-4505 (BAH) |

**DEFENDANTS' MOTION TO RESCHEDULE THE HEARING
ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER,
OR IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**

Defendants respectfully move the Court for an order rescheduling the hearing on Plaintiff's motion for a temporary restraining order, or in the alternative, preliminary injunction (ECF No. 2), which is currently scheduled for January 8. Defendants are available tomorrow, January 6, 2026, for a rescheduled hearing. The parties conferred, via counsel, and Plaintiff states: "Plaintiff does not oppose Defendants' motion. We defer to the Court's preferences as to the scheduling of a hearing this week, but respectfully request that a hearing not be scheduled before 2:00 p.m. on January 6, due to the unavoidable unavailability of Plaintiff's lead counsel."

Good cause supports rescheduling the hearing. Undersigned counsel is scheduled to be outside of the Washington Metropolitan Area from January 7 to January 18 for a combination of leave and official travel. Although it would be possible for one of the undersigned counsel's colleagues to cover the hearing on January 8, Defendants would benefit from having the government's lead attorney at this stage of the litigation advocate at the hearing.



RECEIVED

JAN 5 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Defendants respectfully request that the Court vacate the January 8 hearing and reschedule the hearing to January 6 after 2 p.m. (as the parties agree).

Dated: January 5, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____*/s/ Dimitar P. Georgiev*_____
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
BRIAN J. LEVY
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252 – 2500 (main)

*Attorneys for the United States of America*