**Exhibit Index**

| Exhibit No. | Description |
| --- | --- |
| 1 | X post from Calley Means' X account (@calleymeans) dated Apr. 20, 2025 at 3:01 PM ET |
| 2 | X post from Children's Health Defense's X account (@ChildrensHD) dated Dec. 17, 2025 at 8:53 PM ET |
| 3 | X post from Robert W. Malone, MD's X account (@RWMaloneMD) dated Dec. 17, 2025 at 9:10 PM ET |
| 4 | Webpage registered to the American Academy of Pediatrics titled "Advocacy," |
| 5 | June 13, 2025 NPR article by Maria Godoy titled "*RFK Jr. replaced everyone on the CDC's vaccine panel. Here's why that matters*" |
| 6 | Aug. 4, 2025 CBS article titled "*Top medical organizations kicked out of CDC vaccine recommendations process call decision 'dangerous'*" |
| 7 | Oct. 15, 2025 AAP article by Melissa Jenco titled "*ACIP work group to look at timing of childhood vaccines, ingredients*" |
| 8 | Sep. 19, 2025 NPR article by Will Stone, et al. titled "*CDC vaccine panel adds new rules for getting the COVID vaccine in a tense meeting*" |
| 9 | Dec. 14, 2025 Politico article by Tim Röhn titled "*This vaccine adviser to RFK Jr. has some choice words for his critics*" |
| 10 | Aug. 19, 2025 news release by the American Academy of Pediatrics titled "*The American Academy of Pediatrics Releases Its Own Evidence-Based Immunization Schedule*" |
| 11 | Aug. 19, 2025 Washington Post article by Lena H. Sun titled "*RFK Jr., pediatrician association clash over covid shots for kids*" |
| 12 | Nov. 19, 2025 press release from the U.S. Department of Health and Human Services titled "*HHS Releases Peer-Reviewed Report Discrediting Pediatric Sex-Rejecting Procedures*" |
| 13 | Dec. 18, 2025 NPR article by Selena Simmons-Duffin titled "*RFK Jr. and Dr. Oz announce moves to ban gender-affirming care for young people*" |
| 14 | Aug. 4, 2023 AAP article by Alyson Sulaski Wyckoff titled "*AAP reaffirms gender-affirming care policy, authorizes systematic review of evidence to guide update*" |
| 15 | May 1, 2025 AAP news release by Melissa Jenco titled "*AAP speaks out against HHS report on gender dysphoria, infringement on physician-patient relationship*" |
| 16 | X post from Secretary Kennedy's X account (@SecKennedy) dated Aug. 19, 2025 at 5:17 PM ET |
| 17 | X post from Calley Means' X account (@calleymeans) dated Apr. 20, 2025 at 3:01 PM ET |
| 18 | Apr. 25, 2025 OutKick article by Joe Kinsey titled "*White House MAHA Official Destroys Youth Transgender Treatments as Nike Continues to Dodge Study Questions*" |
| 19 | Aug. 4, 2025 Malone News article by Dr. Robert W. Malone titled "*'Woke' Bioethics Tyranny*" |

| 20 | X post from Retsef Levi's X account (@RetsefL) dated Aug. 4, 2025 at 10:59 AM ET |
|---|---|
| 21 | X post from Retsef Levi's X account (@RetsefL) dated Aug. 19, 2025 at 4:28 PM ET |
| 22 | X post from Robert W. Malone, MD's X account (@RWMaloneMD) dated July 12, 2025 at 7:52 AM ET |
| 23 | X post from Robert W. Malone, MD's X account (@RWMaloneMD) dated Aug. 25, 2025 at 3:06 PM ET |
| 24 | Dec. 17, 2025 Washington Post article by Lena H. Sun & Paige Winfield Cunningham titled "*American Academy of Pediatrics loses HHS funding after criticizing RFK Jr.*" |
| 25 | Webpage registered to Health Resources and Services Administration titled "Thomas J. Engels" |
| 26 | Webpage registered to the U.S. Centers for Disease Control & Prevention titled "Acting CDC Director" |
| 27 | X post from HHS General Counsel Mike Stuart's X account (@HHSGCMikeStuart) dated Dec. 27, 2025 at 12:26 PM ET |
| 28 | X post from Secretary Kennedy's X account (@SecKennedy) dated Dec. 27, 2025 at 12:43 PM ET |
| 29 | X post from Retsef Levi's X account (@RetsefL) dated Dec. 30, 2025 at 5:11 PM ET |
| 30 | Nov. 18, 2025 New York Times article by Dani Blum titled "*Calley Means Returns to Kennedy's Side as Senior Advisor*" |
| 31 | Webpage registered to U.S. Department of Health and Human Services titled "Grants by OPDIV" |