**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AMERICAN ACADEMY OF PEDIATRICS,

       *Plaintiff*,

v.                                                            Case No. 1:25-cv-4505-BAH

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

       *Defendants*.

---

**Declaration of Allyson R. Scher in Support of Plaintiff's Motion for Temporary**
**Restraining Order or, in the Alternative, Preliminary Injunction**

I, Allyson R. Scher, hereby declare as follows:

1.      I am an attorney at Democracy Forward Foundation and counsel for Plaintiff in this action. I submit this declaration in support of Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, Preliminary Injunction (ECF No. 2). I have personal knowledge of the facts set forth in this declaration.

2.      Attached as Exhibit 1 is a true and correct copy of an X post from Calley Means' X account (@calleymeans) dated Apr. 20, 2025 at 3:01 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/calleymeans/status/1914031641217167844. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 2.

3.      Attached as Exhibit 2 is a true and correct copy of an X post from Children's Health Defense's X account (@ChildrensHD) dated Dec. 17, 2025 at 8:53 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at

3

https://x.com/ChildrensHD/status/2001470796766593215. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 2 and ECF No. 17 at 8.

4.    Attached as Exhibit 3 is a true and correct copy of an X post from Robert W. Malone, MD's X account (@RWMaloneMD) dated Dec. 17, 2025 at 9:10 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/RWMaloneMD/status/2001475234646327675. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 2, 20 and ECF No. 17 at 8.

5.    Attached as Exhibit 4 is a true and correct copy of a webpage registered to the American Academy of Pediatrics titled "Advocacy," which is publicly available at https://www.aap.org/en/advocacy/?srsltid=AfmBOoqx2JjTVooBtvaDWs1XkVPhZBHqlk_N2dg GbsqdfQlfft4tyUOE. A true and correct copy of the webpage is also available via the permalink at ECF No. 2-1 at 5.

6.    Attached as Exhibit 5 is a true and correct copy of the June 13, 2025 article by Maria Godoy titled "*RFK Jr. replaced everyone on the CDC's vaccine panel. Here's why that matters*," which Democracy Forward obtained from NPR's website, and which is publicly available at https://www.npr.org/sections/shots-health-news/2025/06/13/nx-s1-5429604/cdc-rfk-acip-vaccine-committee. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 5.

7.    Attached as Exhibit 6 is a true and correct copy of the Aug. 4, 2025 article titled "*Top medical organizations kicked out of CDC vaccine recommendations process call decision 'dangerous,'*" which Democracy Forward obtained from CBS News' website, and which is publicly available at https://www.cbsnews.com/news/medical-organizations-kicked-out-cdc-

vaccine-workgroups-acip/. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 5.

8.     Attached as Exhibit 7 is a true and correct copy of the Oct. 15, 2025 article by Melissa Jenco titled "*ACIP work group to look at timing of childhood vaccines, ingredients*," which Democracy Forward obtained from the American Academy of Pediatrics' website, and which is publicly available at https://publications.aap.org/aapnews/news/33556/ACIP-work-group-to-look-at-timing-of-childhood?autologincheck=redirected. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 6.

9.     Attached as Exhibit 8 is a true and correct copy of the Sep. 19, 2025 article by Will Stone, et al. titled "*CDC vaccine panel adds new rules for getting the COVID vaccine in a tense meeting*," which Democracy Forward obtained from NPR's website, and which is publicly available at https://www.npr.org/sections/shots-health-news/2025/09/19/nx-s1-5545946/cdc-covid-vaccine-acip-recommendations. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 6.

10.     Attached as Exhibit 9 is a true and correct copy of the Dec. 14, 2025 article by Tim Röhn titled "*This vaccine adviser to RFK Jr. has some choice words for his critics*," which Democracy Forward obtained from Politico's website, and which is publicly available at https://www.politico.com/news/2025/12/14/vaccine-adviser-retsef-levi-acip-rfk-kennedy-00688979?experience_id=EXYF89KVT5UQ. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 6.

11.     Attached as Exhibit 10 is a true and correct copy of the Aug. 19, 2025 news release by the American Academy of Pediatrics titled "*The American Academy of Pediatrics Releases Its Own Evidence-Based Immunization Schedule*," which is publicly available at

https://www.aap.org/en/news-room/news-releases/aap/2025/the-american-academy-of-pediatrics-releases-its-own-evidence-based-immunization-schedule/. A true and correct copy of the webpage is also available via the permalink at ECF No. 2-1 at 6.

12.    Attached as Exhibit 11 is a true and correct copy of the Aug. 19, 2025 article by Lena H. Sun titled "*RFK Jr., pediatrician association clash over covid shots for kids*," which Democracy Forward obtained from the Washington Post's website, and which is publicly available at https://www.washingtonpost.com/health/2025/08/19/kids-vaccines-american-academy-pediatrics-rfk-cdc/. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 6.

13.    Attached as Exhibit 12 is a true and correct copy of the Nov. 19, 2025 press release from the U.S. Department of Health and Human Services titled "*HHS Releases Peer-Reviewed Report Discrediting Pediatric Sex-Rejecting Procedures*," which is publicly available at https://www.hhs.gov/press-room/hhs-releases-peer-reviewed-report-discrediting-pediatric-sex-rejecting-procedures.html. A true and correct copy of the webpage is also available via the permalinks at ECF No. 2-1 at 7, 8, 14, and 15.

14.    Attached as Exhibit 13 is a true and correct copy of the Dec. 18, 2025 article by Selena Simmons-Duffin titled "*RFK Jr. and Dr. Oz announce moves to ban gender-affirming care for young people*," which Democracy Forward obtained from NPR's website, and which is publicly available at https://www.npr.org/sections/shots-health-news/2025/12/18/nx-s1-5647789/transgender-gender-affirming-care-rfk-jr-dr-oz-trump. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 7.

15.    Attached as Exhibit 14 is a true and correct copy of the Aug. 4, 2023 article by Alyson Sulaski Wyckoff titled "*AAP reaffirms gender-affirming care policy, authorizes*

*systematic review of evidence to guide update*," which Democracy Forward obtained from the American Academy of Pediatrics' website, and which is publicly available at https://publications.aap.org/aapnews/news/25340/AAP-reaffirms-gender-affirming-care-policy?autologincheck=redirected. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 7.

16.    Attached as Exhibit 15 is a true and correct copy of the May 1, 2025 news release by Melissa Jenco titled "*AAP speaks out against HHS report on gender dysphoria, infringement on physician-patient relationship*," which Democracy Forward obtained from the American Academy of Pediatrics' website, and which is publicly available at https://publications.aap.org/aapnews/news/32145/AAP-speaks-out-against-HHS-report-on-gender. A true and correct copy of the webpage is also available via the permalink at ECF No. 2-1 at 7.

17.    Attached as Exhibit 16 is a true and correct copy of an X post from Secretary Kennedy's X account (@SecKennedy) dated Aug. 19, 2025 at 5:17 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/SecKennedy/status/1957914911415153107. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 8, 14.

18.    Attached as Exhibit 17 is a true and correct copy of an X post from Calley Means' X account (@calleymeans) dated Apr. 20, 2025 at 3:01 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/calleymeans/status/1914031641217167844. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 8.

19.     Attached as Exhibit 18 is a true and correct copy of the Apr. 25, 2025 article by Joe Kinsey titled "*White House MAHA Official Destroys Youth Transgender Treatments as Nike Continues to Dodge Study Questions*," which Democracy Forward obtained from OutKick's website, and which is publicly available at https://www.outkick.com/analysis/white-house-maha-official-rips-youth-transgender-treatments-nike-continues-dodge-study-questions. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 8.

20.     Attached as Exhibit 19 is a true and correct copy of the Aug. 4, 2025 article by Dr. Robert W. Malone titled "*'Woke' Bioethics Tyranny*," which Democracy Forward obtained from Malone News' website, and which is publicly available at https://www.malone.news/p/woke-bioethics-tyranny?utm_source=publication-search. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 8, 15.

21.     Attached as Exhibit 20 is a true and correct copy of an X post from Retsef Levi's X account (@RetsefL) dated Aug. 4, 2025 at 10:59 AM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/RetsefL/status/1952383969443357100. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 8.

22.     Attached as Exhibit 21 is a true and correct copy of an X post from Retsef Levi's X account (@RetsefL) dated Aug. 19, 2025 at 4:28 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/RetsefL/status/1957902465891987908. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 8.

23.     Attached as Exhibit 22 is a true and correct copy of an X post from Robert W. Malone, MD's X account (@RWMaloneMD) dated July 12, 2025 at 7:52 AM ET, which

Democracy Forward obtained from the X website, and which is publicly available at https://x.com/RWMaloneMD/status/1944001939265429523. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 15.

24.    Attached as Exhibit 23 is a true and correct copy of an X post from Robert W. Malone, MD's X account (@RWMaloneMD) dated Aug. 25, 2025 at 3:06 PM ET, which Democracy Forward obtained from the X website, and which is publicly available at https://x.com/RWMaloneMD/status/1960056274227482946. A true and correct copy of the post is also available via the permalink at ECF No. 2-1 at 15.

25.    Attached as Exhibit 24 is a true and correct copy of the Dec. 17, 2025 article by Lena H. Sun & Paige Winfield Cunningham titled "*American Academy of Pediatrics loses HHS funding after criticizing RFK Jr.*," which Democracy Forward obtained from the Washington Post's website, and which is publicly available at https://www.washingtonpost.com/health/2025/12/17/aap-hhs-funding-rfk/. A true and correct copy of the article is also available via the permalink at ECF No. 2-1 at 16.

26.    Attached as Exhibit 25 is a true and correct copy of a webpage registered to Health Resources and Services Administration titled "Thomas J. Engels" and which is publicly available at https://www.hrsa.gov/about/organization/engels-bio. A true and correct copy of the webpage is also available via the permalink at ECF No. 2-1 at 18.

27.    Attached as Exhibit 26 is a true and correct copy of a webpage registered to the U.S. Centers for Disease Control & Prevention titled "Acting CDC Director" and which is publicly available at https://www.cdc.gov/about/leadership/director.html. A true and correct copy of the webpage is also available via the permalink at ECF No. 2-1 at 18.

28.     Attached as Exhibit 27 is a true and correct copy of an X post from HHS General

Counsel Mike Stuart's X account (@HHSGCMikeStuart) dated Dec. 27, 2025 at 12:26 PM ET,

which Democracy Forward obtained from the X website, and which is publicly available at

https://x.com/hhsgcmikestuart/status/2004967224977641918?s=46. A true and correct copy of

the post is also available via the permalink at ECF No. 17 at 5.

29.     Attached as Exhibit 28 is a true and correct copy of an X post from Secretary

Kennedy's X account (@SecKennedy) dated Dec. 27, 2025 at 12:43 PM ET, which Democracy

Forward obtained from the X website, and which is publicly available at

https://x.com/seckennedy/status/2004971470167163385?s=46. A true and correct copy of the

post is also available via the permalink at ECF No. 17 at 5.

30.     Attached as Exhibit 29 is a true and correct copy of an X post from Retsef Levi's

X account (@RetsefL) dated Dec. 30, 2025 at 5:11 PM ET, which Democracy Forward obtained

from the X website, and which is publicly available at

https://x.com/RetsefL/status/2006126064188199185. A true and correct copy of the post is also

available via the permalink at ECF No. 17 at 6.

31.     Attached as Exhibit 30 is a true and correct copy of the Nov. 18, 2025 article by

Dani Blum titled "*Calley Means Returns to Kennedy's Side as Senior Advisor*," which

Democracy Forward obtained from the New York Times' website, and which is publicly

available at https://www.nytimes.com/2025/11/18/well/calley-means-rfk-jr-hhs.html. A true and

correct copy of the post is also available via the permalink at ECF No. 17 at 7.

32.     Attached as Exhibit 31 is a true and correct copy of a webpage registered to U.S.

Department of Health and Human Services titled "Grants by OPDIV" and which is publicly

available at https://taggs.hhs.gov/ReportsGrants/GrantsByOPDIV. A true and correct copy of the

webpage is also available via the permalink at ECF No. 17 at 1.


Executed on January 7, 2026                                    _____
Washington, D.C.                                               Allyson R. Scher