UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-4505 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of plaintiff the American Academy of Pediatrics' ("AAP") Motion for a Temporary Restraining Order or, in the Alternative, Preliminary Injunction ("plaintiff's motion"), ECF No. 2; the memoranda and exhibits submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that plaintiff's motion is **GRANTED** as to Count 1 of the Complaint, ECF No. 1, since AAP has shown a likelihood of success on the claim that defendants U.S. Department of Health and Human Services, the Centers for Disease Control and Prevention ("CDC") and the Health Resources and Service Administration ("HRSA"), and the heads of these agencies, in their official capacities, (collectively referred to as "defendants"), terminated, on December 16 and 17, 2025, seven grant awards to AAP ("Subject Grant Awards"), in violation of the First Amendment's prohibition on retaliation for engaging in protected First Amendment activity, for engaging in speech that the government disfavors and for petitioning for judicial relief adverse to the government; it is further

**ORDERED** that defendants and their agents are **ENJOINED** from enforcing or otherwise giving effect to the terminations of Subject Grant Awards to AAP, including through the enforcement of closeout obligations; it is further

**ORDERED** that defendants and their agents are **ENJOINED** from re-obligating funds used to support AAP's Subject Grant Awards; it is further

**ORDERED** that defendants and their agents take all steps necessary to ensure that the CDC and HRSA disburse funds on AAP's Subject Grant Awards in the customary manner and in customary timeframes; it is further

**ORDERED** that this Order shall apply to the maximum extent provided by Federal Rule of Civil Procedure 65(d)(2); and it is further

**ORDERED** that AAP shall, pursuant to Federal Rule of Civil Procedure 65(c) post a bond in the amount of $100.00 with the Clerk of the Court; and it is further

**ORDERED** that defendants shall file a status report with the Court by 5:00 P.M. on January 13, 2025, apprising the Court of the status of their compliance with this Order.

Nothing in this Order prohibits defendants from terminating the Subject Grant Awards or other grants awarded to AAP, or others, for permissible and demonstrably nonretaliatory reasons.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   January 11, 2026

_____
**BERYL A. HOWELL**
United States District Judge