Civil Action No. 25-cv-4505

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia c/o Civil Process Clerk
was received by me on *(date)* 12/29/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by mailing a copy of the documents listed herein to U.S. Attorney's Office for the District of Columbia c/o Civil Process Clerk, 601 D Street, NW, Washington, DC 20530 on 12/30/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3488 69. Service was signed for on 01/08/2026, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/08/2026

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**American Academy of Pediatrics**
        *Plaintiff*

        *vs.*        Case No.: 1:25-cv-04505-BAH

**U.S. Department of Health and Human Services, et al.**
        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Civil Cover Sheet; Complaint; Plaintiffs' Motion for Temporary Restraining Order, or in the Alternative, Preliminary Injunction; Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, or in the Alternative, Preliminary Injunction; Declaration of Debra B. Waldron with Exhibits; Declaration of Mark Del Monte; and [Proposed] Order Granting Temporary Restraining Order

SERVE TO: U.S. Attorney's Office for the District of Columbia c/o Civil Process Clerk

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Attorney's Office for the District of Columbia c/o Civil Process Clerk, 601 D Street, NW, Washington, DC 20530 on 12/30/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3488 69. Service was signed for on 01/08/2026, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/08/2026

*[signature]*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14932160*

![USPS Logo]

January 8, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3488 69**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | January 8, 2026, 4:41 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail Express® |
| Extra Services: | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| Recipient Name: | CIVIL PROCESS CLERK |
| Actual Recipient Name: | K IERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Cost of Service: $29.45
Reference #: 12/29 service