UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>      Defendants. | Civil Action No. 25-4505 (BAH) |

## STATUS REPORT

Pursuant to the Court's January 11, 2026, Order, Defendants report that they have taken the steps necessary to ensure that the Centers for Disease Control and Prevention and Health Resource and Services Administration disburse funds on Plaintiff's Subject Grant Awards in the customary manner and in customary timeframes. In support of this status report, Defendants submit the attached Notices of Award for each of the seven Subject Grant Awards.

Dated: January 13, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Brian J. Levy*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
BRIAN J. LEVY
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252 – 2500 (main)

*Attorneys for the United States of America*