UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 25-4505 (BAH) |

## JOINT STATUS REPORT

The parties submit the following joint status report.

1. On January 11, 2026, this Court enjoined Defendants from "enforcing or otherwise giving effect to the terminations of Subject Grant Awards to AAP, including through the enforcement of closeout obligations" and from "re-obligating funds used to support AAP's Subject Grant Awards" and further obligated "defendants and their agents [to] take all steps necessary to ensure that the CDC and HRSA disburse funds on AAP's Subject Grant Awards in the customary manner and in customary timeframes." Order, ECF No. 22. The Court further added, "Nothing in this Order prohibits defendants from terminating the Subject Grant Awards or other grants awarded to AAP, or others, for permissible and demonstrably nonretaliatory reasons." *Id.* at 2.

2. Defendants' deadline to appeal the Court's preliminary injunction order is Thursday, March 12, 2026, and Defendants do not plan to appeal.

3. On Defendants' understanding, Plaintiff served the Complaint on the United States Attorney's Office on January 9, 2026. Accordingly, Defendant's response to Plaintiff's Complaint is due on March 10, 2026.

4. Pursuant to the preliminary injunction Order, Defendants agree to continue to fund the Subject Grant Awards through the end of the fiscal year (except those whose period of performance ends before the end of the fiscal year), though Defendants reserve the right to take corrective actions to remedy instances of non-compliance (pursuant to 2 C.F.R. § 200.339) and terminate for instances of non-compliance (pursuant to 2 C.F.R. § 200.340(a)(1)), and may review the Subject Grant Awards and other awards thereafter.

5. The parties propose staying this case through September 30, 2026, and further propose that they file another joint status report on or before October 30, 2026, proposing next steps. The Court may administratively close this action in the interim. Nothing contained herein would prevent either party from reopening this case if circumstances warrant.

Dated: March 10, 2026

/s/ Joshua M. Salzman
Joshua M. Salzman (D.C. Bar No. 982239)
Allyson R. Scher (D.C. Bar No. 1616379)
Michael J. Torcello (D.C. Bar No. 90014480)
Joel McElvain (D.C. Bar No. 448431)
Robin F. Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jsalzman@democracyforward.org
ascher@democracyforward.org
mtorcello@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorneys for the United States of America*