UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 25-4505 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, and the entire record herein, it is hereby

ORDERED that the case is stayed through September 30, 2026; and it is further

ORDERED that the parties shall file a joint status report on or before October 30, 2026, providing their respective views on appropriate next steps.

SO ORDERED:

_____       _____
Date                                                         BERYL A. HOWELL
                                                             United States District Judge