UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ACADEMY OF PEDIATRICS,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant.

Civil Action No. 25-4505 (BAH)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Motion, and the entire record herein, it is hereby

ORDERED that the case is stayed through March 30, 2027; and it is further

ORDERED that the parties shall file a joint status report on or before April 30, 2027, providing their respective views on appropriate next steps.

SO ORDERED:

Date

BERYL A. HOWELL
United States District Judge